## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA
## Civil Division

**Douglas Roeser, et al.**

    **Plaintiff**

**v.**                                  Case No. 1:06cv0001579
                                           Judge: Paul Friedman

**Enterprise Leasing Company, et al.**

    **Defendant.**

### AFFIDAVIT OF SERVICE BY HAND DELIVERY

    I, DeQuan Bogan, hereby certify that I am over the age of eighteen years and I am not a party in the above case. My place of business is 1229 15th street, NW, Washington, D.C. 20005. My contact number is (202) 256-4718.

    On or about October 4, 2006, around 4:04 P.M. I, Dequan Bogan, personally hand delivered a copy of the complaint, summons, and initial order upon the District of Columbia, Mayor Anthony Williams. Documents was received by Darlene Fields an employee authorized to accept service on behalf of the **District of Columbia, Office of the Attorney General**. The location of service was executed at: 441- 4th Street, NW, Washington, D.C. 20001.

\_\_\_\_\_/s/_____
DeQuan Bogan