# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA
# Civil Division

**Douglas Roeser, et al.**

    **Plaintiff**

**v.**                                     **Case No. 1:06cv0001579**
                                         **Judge: Paul Friedman**

**Enterprise Leasing Company, et al.**

    **Defendant.**

## AFFIDAVIT OF SERVICE BY HAND DELIVERY

     I, DeQuan Bogan, hereby certify that I am over the age of eighteen years and I am not a party in the above case. My place of business is 1229 15th street, NW, Washington, D.C. 20005. My contact number is (202) 256-4718.

     On or about October 4, 2006, around 4:45 P.M. I, Dequan Bogan, personally hand delivered a copy of the complaint, summons, and initial order upon the C.T. Corporation System a registered agent for Enterprise Leasing Company. Documents was received by Mark Diffenbaugh, an employee authorized to accept service for **CT. Corporation System**. The location of service was executed at: 1015 -15th Street, NW, Suite 1000, Washington D.C. 20005.

____/s/_____
DeQuan Bogan