# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA
# Civil Division

**Douglas Roeser, et al.**

    **Plaintiff**

v.                                      Case No. 1:06cv0001579
                                         Judge: Paul Friedman

**Enterprise Leasing Company, et al.**

    **Defendant.**

## AFFIDAVIT OF SERVICE BY HAND DELIVERY

     I, DeQuan Bogan, hereby certify that I am over the age of eighteen years and I am not a party in the above case. My place of business is 1229 15th street, NW, Washington, D.C. 20005. My contact number is (202) 256-4718.

     On or about October 4, 2006, around 4:25 P.M. I, Dequan Bogan, personally hand delivered a copy of the complaint, summons, and initial order upon the District of Columbia, Mayor Anthony Williams. Documents was received by Tabitha Braxton an employee authorized to accept service on behalf of the **District of Columbia, Mayor Anthony Williams**. The location of service was executed at: 1350 Pennsylvania Avenue, NW Washington, D.C. 20004.

\_\_\_\_\_/s/_____
DeQuan Bogan