IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

**Douglas Roeser, et al.**

    **Plaintiff**

v.                                              Case No. 1:06cv0001579
                                                        Judge: Paul Friedman

**Enterprise Leasing Company, et al.**

    **Defendant.**

## AFFIDAVIT OF SERVICE BY HAND DELIVERY

    I, DeQuan Bogan, hereby certify that I am over the age of eighteen years and I am not a party in the above case. My place of business is 1229 15th street, NW, Washington, D.C. 20005. My contact number is (202) 256-4718.

    On or about October 29, 2006, at or around 10:18 P.M. I, Dequan Bogan, personally served Defendant, **Office Dale N. Vernick** in his official and individual capacity a copy of the complaint, summons, and initial order by way of hand delivery. Service took place at 6th District Police Station located at 100 42nd Street, NE. Washington D.C. 20019.

____/s/_____
DeQuan Bogan