**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| DOUGLAS ROESER, | : | |
| and | : | |
| DOUGLAS ROESER, AS NEXT BEST FRIEND OF S.R., A MINOR, | : : | |
| Plaintiffs, | : | |
| v. | : | Case No.: 1:06-cv-01579-PLF |
| ENTERPRISE LEASING COMPANY, | : | |
| THE DISTRICT OF COLUMBIA, | : | |
| D.C. OFFICER DALE N. VERNICK, | : | |
| and | : | |
| D.C. OFFICER JOHN DOE, | : | |
| Defendants. | : | |

**DEFENDANT, ENTERPRISE LEASING COMPANY'S
ANSWER TO CO-DEFENDANTS' CROSS-CLAIM**

Defendant, Enterprise Leasing Company, by and through its counsel, Robert G. McGinley and The Law Offices of Robert G. McGinley, P.C., for its Answer to Co-Defendants' Cross-Claim, states:

1. Co-Defendants have failed to state a claim upon relief can be granted.

2. Co-Defendants have failed to make any factual allegations setting for a basis for a Cross-Claim. To the extent an Answer is required, this Defendant generally denies Co-Defendants' allegations.

WHEREFORE, in light of the foregoing, Defendant, Enterprise Leasing Company respectfully requests Co-Defendants' Cross-Claim be dismissed.

        Respectfully submitted,
        LAW OFFICES OF ROBERT G. MCGINLEY, P.C.


        _____/S/_____
        Robert G. McGinley
        4601 Forbes Boulevard
        Suite 200
        Lanham, Maryland 20706
        301/731-4601
        Counsel for Defendant
        Enterprise Leasing Company

## **CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that a copy of the foregoing was sent electronically this 4th day of December 2006, to:

    Johnnie D. Bond, Jr., Esq.
    Donald M. Temple, Esq.
    1229 15th Street, N.W.
    Washington, D.C.  20005
    Counsel for Plaintiffs

    Eugene A. Adams, Esq.
    George C. Valentine, Esq.
    Patricia A. Jones, Esq.
    George E. Rickman, Esq.
    Counsel for The District of Columbia
    and Officer Dale Vernick

        _____/S/_____
        Robert G. McGinley