IN THE UNITED STATES DISTRICT COURT
FOR THE IDSTRICT OF COLUMBIA

---

| | |
|---|---|
| DOUGLAS ROESER, ) | |
| ) | |
| and ) | |
| ) | |
| DOUGLAS ROESER ) | |
| As Next Friend of S.R. a minor ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Civil Action No. 06CA1579 (PLF) |
| v. ) | |
| ) | |
| THE DISTRICT OF COLUMBIA, *et al.*, ) | |
| ) | |
| Defendant. ) | |

---

THE DEFEDANTS DISTRICT OF COLUMBIA AND
OFFICER DALE VERNICK'S ANSWER TO CO-DEFENDANT
ENTERPRISE LEASING'S CROSS-CLAIM
AND CROSS-CLAIM AGAINST ENTERPRISE LEASING

Defendants District of Columbia and Officer Dale Vernick, by and through their

undersigned attorney, herein answer co-defendant Enterprise Leasing's Cross-Claim in

like-numbered paragraphs. These defendants also assert a cross-claim against co-

defendant Enterprise Leasing.

First Defense

The co-defendant has failed to state a claim upon which relief can be granted.

Second Defense

1-2. The defendants the District of Columbia and Dale Vernick (collectively

District defendants") admit the allegations as contained in ¶¶ 1 and 2 of the co-

defendant's cross claim.

3.    The allegations as contained in ¶ 3 are the legal conclusions of the pleader to which no response is required.  To the extent a response is required, these defendants deny the allegations.

4-5.  These District defendants deny the allegations as contained in ¶¶ 4 and  5 of the co-defendant Enterprise Leaisng's cross-claim.

Further answering the cross-claim, the District defendants deny all allegations of wrongdoing not specifically admitted or otherwise responded to.

THIRD DEFENSE

Cross-claimant is not entitled to indemnification and/or contribution from the District defendants because Plaintiff was solely or contributorily negligent and/or assumed the risk of injury or his own wanton, willful and/or intentional bad acts caused his alleged injuries, thereby barring any recovery.

FOURTH DEFENSE

Cross-claimant is not entitled to indemnification and/or contribution from the District defendants because the actions of these District defendants, its agents, servants, and employees were reasonably necessary to effect, maintain, and enforce the laws, statutes, and/or regulations of the United States and/or the District of Columbia.

FIFTH DEFENSE

Cross-claimant is not entitled to indemnification and/or contribution from the District defendants because the actions of these District defendants, its agents, servants, and employees were taken in good faith and with a reasonable belief in their lawfulness.

SIXTH DEFENSE

Cross-claimant is not entitled to indemnification and/or contribution from the District defendants because Plaintiff has failed to mitigate damages.

SEVENTH DEFENSE

Cross-claimant's claim against the District may be barred because it failed to timely provide the Mayor with notice of its potential claims, as required by statute..

EIGHTH DEFENSE

Cross-claimant's actions against defendant Vernick may be barred because of his entitlement to qualified immunity.

NINTH DEFENSE

Cross-claimant's own acts, including the rental of a stolen vehicle to plaintiff, proximately caused plaintiff's alleged injuries.  Therefore, cross-claimant is not entitled to indemnification and/or contribution from these defendants.  .

TENTH DEFENSE

Cross-claimant is not entitled to indemnification and/or contribution from the District defendants because all actions performed by the District defendants, its employees, servants or agents acting within the scope of their employment met or exceeded the applicable standard of care.

ELEVENTH DEFENSE

The statute of limitations and/or the doctrine of laches may bar this action.

SET OFF

The District claims a set-off for any and all funds paid to any party based on the claims set forth in the Complaint.

FURTHER ANSWERING, these District defendant reserve the right to amend this answer pursuant to SCR-Civil 15.

Respectfully submitted,

EUGENE A. ADAMS
Interim Attorney General, D.C.

GEORGE C. VALENTINE
Deputy Attorney General, D.C.
Civil Litigation Division

_____
PATRICIA A. JONES #428132
Chief, General Litigation IV

_____
GEORGE E. RICKMAN #433298
Assistant Corporation Counsel
Section IV
General Litigation Division
P.O. Box 14600
Washington, DC 20044-4600
202-442-9840/fax 202-727-3625