IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| DOUGLAS ROESER, | : | |
| and | : | |
| DOUGLAS ROESER, AS NEXT BEST FRIEND OF S.R., A MINOR, | : : | |
| Plaintiffs, | : | |
| v. | : | Case No.: 1:06-cv-01579-PLF |
| ENTERPRISE LEASING COMPANY, | : | |
| THE DISTRICT OF COLUMBIA, | : | |
| D.C. OFFICER DALE N. VERNICK, | : | |
| and | : | |
| D.C. OFFICER JOHN DOE, | : | |
| Defendants. | : | |

**Defendant Enterprise Leasing Company's Initial Disclosures
Pursuant To Rule 26(a)(1)**

**A.     Identity of Each Individual Likely to Have Discoverable Information**

- Brent Taylor
  Regional Loss Control Manager
  Enterprise Rent-A-Car
  Regional Headquarters
  16300 Heritage Boulevard
  Bowie, MD  20716

Mr. Taylor has personal knowledge regarding recovery of the rental vehicle at-issue in July 2005, along with confirmation that the vehicle at-issue was removed from the National Insurance Crime Bureau Unit Information Sheets within two months prior to the occurrence.

- Mr. Alton Williams
 Loss Control Administrator
 Enterprise Rent-A-Car
 Regional Headquarters
 16300 Heritage Boulevard
 Bowie, MD  20716

Mr. Williams has personal knowledge regarding recovery of the rental vehicle at-issue in July 2005, along with confirmation that the vehicle at-issue was removed from the National Insurance Crime Bureau Unit Information Sheets within two months prior to the occurrence.

- James Jones, Jr.
 Area Regional Manager
 Enterprise Rent-A-Car
 6345 Livingston Road
 Oxon Hill, MD 20745

Mr. Jones spoke to the adult Plaintiff regarding the incident the day following the incident.

- Police Officer Dale Vernick

Officer Vernick has personal knowledge of the police stop on September 11, 2005.

- Police Officer K. Benjamin

Upon information and belief, Officer K. Benjamin may have information relevant to this case.  See Notice of Determination of Proper License Registration attached hereto as Exhibit E.

- Douglas Roeser and Douglas Roeser, as next best friend of S.R., a minor
- Any witnesses identified by any other party

**B.    Documents Disclosing Party May Use to Support Its Claims or Defenses**

- Rental Agreement dated September 6, 2005, attached hereto as Exhibit A.

- Letter from Alton Williams, Loss Control Administrator, Enterprise Leasing Company to Metropolitan Police Department dated July 11, 2005, attached hereto as Exhibit B.

- Letter from Alton Williams, Loss Control Administrator, Enterprise Leasing Company to Prince George's County Police Headquarters dated July 11, 2005, attached hereto as Exhibit C.

- National Insurance Crime Bureau Unit Information Sheets 7/11/05 through 9/12/05, attached hereto as Exhibit D.

- Notice of Determination of Proper License Registration, attached hereto as Exhibit E.

- Enterprise Vehicle Loss Incident Report, attached hereto as Exhibit F.

- Enterprise Claim Notes, Claim No. DX161A884, attached hereto as Exhibit G.

**C.  Computation of Damages Claims and Documents or Other Evidentiary Material**

[To be provided by Plaintiff]

**D.  Insurance Agreement**

Not applicable.  Enterprise Leasing Company is self insured.

Respectfully submitted,
LAW OFFICES OF ROBERT G. MCGINLEY, P.C.

_____/S/_____
Robert G. McGinley, #415242
4601 Forbes Boulevard
Suite 200
Lanham, Maryland 20706
301/731-4601
Counsel for Defendant
Enterprise Leasing Company

**CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that a copy of the foregoing was sent electronically this 8th day of February 2007, to:

Johnnie D. Bond, Jr., Esq.
Donald M. Temple, Esq.
1229 15th Street, N.W.
Washington, D.C.  20005
Counsel for Plaintiffs

George E. Rickman, Esq.
Eugene A. Adams, Esq.
George C. Valentine, Esq.
Patricia A. Jones, Esq.
Counsel for The District of Columbia
and Officer Dale Vernick

                                                    /S/
                                    Robert G. McGinley