09/22/2005 05:22 FAX 3013522... LOSS CONTROL ☒006/009

# Enterprise

**1 ENTERPRISE LEASING COMPANY, A MARYLAND CORPORATION**
AUDITOR'S COPY PAGE 1 of 16WMD$PR#

OWNER OF VEHICLE: 4750 BRANCH AVE.
BRANCH ADDRESS: TEMPLE HILLS   MD 20748-2007
301-702-4393

MO 7:30A- 6:00P   TU 7:30A- 6:00P
WE 7:30A- 6:00P   TH 7:30A- 6:00P
FR 7:30A- 6:00P   SA 9:00A-12:00P
161A  SU CLOSED

| RENTAL TYPE | I | SOURCE # TRAP9CB | I.D.# 999 | RENTAL AGREEMENT NO. | D 124279 |

0940 AM 9/06/05
START CHARGES IF DIFFERENT

RENTER: ROESER* DOUGLAS*
ADDRESS: 5330 B ST SE UNIT 4
CITY: WASHINGTON   STATE: DC   ZIP: 20019
DOB: 5/04/59   EMPLOYER: CELL PHONE
DRIVERS LICENSE NO.: 1340740   STATE: DC   EXPIRES: 5/04/07

HOME PHONE: 202-575-0509
OFFICE PHONE: 202-489-1828

DAY = CALENDAR DAY
NO CHARGE FOR MILES

ORIGINAL VEHICLE
COLOR: ___ LICENSE NO.: 362718
MODEL: S170   MAKE: 115049
MILEAGE IN/OUT: 2767
DRIVEN:
CONDITION AGREED TO: X

BILL TO: Y  ST. PAUL TRAVELERS-KEEPCLS&CNTR**
ATTN: BARFIELD*KATRINA*   PHONE: 716-855-5238
REFERENCE NUMBER: UVM0816-001

DAYS 9   26.99/DAY
Travelers
977467636-101-1
comp & coll 500

NO OTHER DRIVER PERMITTED

MD VA DC

90.00/DAY
900.00/MAX

Renter Declines Optional Collision Damage Waiver (CDW) — Declines CDW
Renter Accepts Optional Collision Damage Waiver (CDW) — Accepts CDW    RENTER: X    DW  17.99/DAY

Renter Declines Optional Personal Accident Insurance (PAI) — Declines PAI
Renter Accepts Optional PAI — Accepts PAI    RENTER: X    PAI  1.00/DAY

Renter Declines Optional Supplemental Liability Protection (SLP) — Declines SLP
Renter Accepts Optional SLP — Accepts SLP    RENTER: X

FUEL @ 18.00/1/4 TANK

RENTER: X   DATE: 9/06/05
OWNER REP: X   EMPL #: 70739

TAX  11.5 %

I WILL RETURN CAR BY:
DATE: 9/06/05   TIME: ___
DEPOSIT(S): AMOUNT 100.00   PAID BY CCSALE77#2   DATE PAID 9/06/2005

REPLACEMENT VEHICLE
COLOR: ___ LICENSE NO.: ___
MODEL: ___   MAKE: ECARS
MILEAGE IN/OUT: ___
DRIVEN:
CONDITION AGREED TO: X

You may not need the automobile insurance offered by Enterprise Rent-A-Car. Your automobile insurance policy may provide coverage for your liability while operating a rental vehicle. You should check the terms and conditions of your automobile insurance policy to determine if coverage is provided for this rental. The purchase of insurance is not required as a condition of renting an automobile. In addition, if you are driving this rental vehicle due to an accident or repairs, state law may require your personal automobile liability policy to provide coverage and purchase of any excess liability coverage may duplicate coverage required by law to be provided by the owner of the rental vehicle.

If Vehicle is a replacement vehicle as defined in Section 17-104 of the Maryland Transportation Code, the liability insurance coverage on the vehicle being replaced (Renter's/driver's vehicle) is primary, and any liability coverage Owner provides on Vehicle is secondary.

TOTAL CHARGES
DEPOSITS
REFUNDS
AMOUNT DUE
CLOSED BY
PAID BY   CASH   CHECK   CHARGE
RECEIPT OF CASH REFUND   DATE   AMOUNT   RECEIVED

Notice: This contract offers, for an additional charge, a collision damage waiver to cover your responsibility for the damage to the automobile. Before deciding whether to purchase the collision damage waiver, you may wish to determine whether your own automobile insurance affords you coverage for damage to the rental automobile and the amount of the deductible under your own insurance coverage. The purchase of this collision damage waiver is not mandatory and may be waived. Maryland law requires all Maryland residents' insurance policies with collision coverage automatically extend that collision coverage to passenger cars rented by the insureds named in the policy for a period of 30 days or less.

Renter: X ___

No Gasoline Refunds

OWNER IS AN AFFILIATE OF ENTERPRISE RENT-A-CAR COMPANY, WHICH OWNS ALL RIGHTS TO ENTERPRISE NAMES AND MARKS.
© Enterprise Leasing Company, (A Maryland Corporation). 2005  # 995262

DEFENDANT'S EXHIBIT A
CASE No. 1:06-cv-01579-PLF