09/27/2005 04:11 FAX 3013522  LOSS CONTROL                              ☒002/004

ENTERPRISE RENT-A-...
16300 HERITAGE BLVD.
BOWIE, MD 20716

July 11, 2005

Prince George's County Police Headquarters
7911 Anchor Street
Landover, MD 20785

## NOTICE OF RECOVERY OF MISSING AUTOMOBILE

This serves as written confirmation of our notification of recovery verified on 07/11/05, by the Prince Georges Teletype. The original report number is: 090302

Please be sure that the automobile herein described has been removed from any and all "hot sheets" that may pertain.

**YEAR:** 2005   **MAKE:** Dodge   **MODEL:** Dakota

**COLOR:** Silver   **LICENSE:** 36R718

**SERIAL NUMBER:** 1D7HW48N95S245180

Should you have any questions, please call 301-666-3087.

Please refer to our unit number: VI1238

Thank you,

ENTERPRISE RENT-A-CAR

Alton Williams
Loss Control Administrator



DEFENDANT'S EXHIBIT
C
Case No
1:06-cv-01579-PLF