09/22/2005 05:22 FAX 3013522483          LOSS CONTROL                                     ☑005/009

```
ATLANTIC          7/11/05  ATTN: INSURANCE MANAGER        NATIONAL INSURANCE CRIME BUREAU           PAGE   1
GROUP 16 REGION W                                               UNIT HIT INFORMATION                  J685-NIC006

   VIN            NICB          NICB                                    NICB
 NUMBER       FILE NUMBER     DATE OF      REFERENCE NUMBER           RECORD             NICB INFORMATION
                              RECORD                                   MATCH

1FASP15JXTW111383  I051890144  7/07/05 16M  H395810000000              INFOQ   AGENCY: CHICAGO PD                            312-745-5200
                                                                               IMP LOC:  OR
                                                                               IMP REF:  0140949

1FAFP53U5SA292270  I051360367J  4/11/05 16M  16W05JKDT5750325005       IMPOU   AGENCY: WASHINGTON DC METRO PD               202-727-4226
1D7HW48N95S245180  NCIC INACTV  7/09/05      16W05JKDG491051205        DCMPOUTI NCIC   AGENCY: PRINCE GEORGES CO PD DISPATCH 301-336-8800
1D7HW48N95S245180  NCIC INACTV  7/09/05      16W05JKDG491051205        MD01172100 REV   AGENCY: PRINCE GEORGES CO PD DISPATCH 301-336-8800
1D7HW48N95S245180  T051910000076 7/09/05     16W05JKDG491051205        GO1000071 CLAIM  AGENCY: GOVERNMENT EMPLOYEES INSURANCE 202-727-4226
1D7HW48N95S245180  T051910000076 7/09/05     16W05JKDG491051205        GO1000071 CLAIM  AGENCY: GOVERNMENT EMPLOYEES INSURANCE 202-727-4226
1D7HW48N95S245180  NCIC INACTV  7/09/05      16W05JKDG491051205        DCMPOUTI NCIC   AGENCY: WASHINGTON DC METRO PD         202-727-4226
1D7HW48N95S245180  NCIC INACTV  7/09/05      16W05JKDG491051205        MD01172100 IMPOU AGENCY: WASHINGTON DC METRO PD         301-336-8800
1FAFP53U5SA292270  I051360367J  4/11/05 16M  16W05JKDT5750325005       IMPOU   AGENCY: PRINCE GEORGES CO PD COORDINATION UNIT 301-627-6573
1D7HW48N95S245180  T051910000076 0/00/00     16W05JKDT5750325005       MD01172100 NCIC  AGENCY: PRINCE GEORGES CO PD DISPATCH 301-336-8800
1D7HW48N95S245180  NCIC ACTIVE  7/09/05      16W05JKDT5750325005       GO1000071 CLAIM  AGENCY: PRINCE GEORGES CO PD DISPATCH 301-336-8800
1FAFP53U5SA292270  NCIC INACTV  7/09/05      16W05JKDG491051205        DCMPOD0TI NCIC   AGENCY: WASHINGTON DC METRO PD         202-727-4226


 *** REGION COUNTS ***
ACTIVE CLAIMS
THEFT/RECOVERIES          3
NTRS
SALVAGES
IMPOUNDS                  2
EXPORTS
BAD VINS
OTHER                     8
```

DEFENDANT'S
EXHIBIT
D
Case No.
1:06-cv-01579-PLF
ALL-STATE LEGAL

301-350-1714
numbersau.com
Lloyd Spyborn

ATLANT-  7/12/05 ATTN: INSURANCE MANAGER          NATIONAL INSURANCE CR. BUREAU          PAGE   3          J685-NI0006
GROUP 16 REGION W                                 UNIT HIT INFORMATION

| VIN NUMBER | NICB FILE NUMBER RECORD | NICB DATE OF RECORD | REFERENCE NUMBER | NICB CODE MATCH | NICB RECORD MATCH | NICB INFORMATION |
|---|---|---|---|---|---|---|
| JTDBT1237303007703 | I05192101145 | 7/03/05 | 16W03VM33610G1903 | MD0172100 | IMP0U | IMP REF: / AGENCY: PRINCE GEORGES CO PD DISPATCH 301-336-8800 / IMP LOC: PG TOW COORDINATION UNIT 301-627-6573 |
| KMHDN46D15U051801 | I05192102222 | 6/23/05 | 16W05HJD88603G0705 | MD0172100 | IMP0U | IMP REF: / AGENCY: PRINCE GEORGES CO PD DISPATCH 301-336-8800 / IMP LOC: PG TOW COORDINATION UNIT 301-627-6573 |
| 1FAFP53U55A230500 | I05192105246 | 6/20/05 | 16W05HJC03301G0405 | MD0172100 | IMP0U | IMP REF: / AGENCY: PRINCE GEORGES CO PD DISPATCH 301-336-8800 / IMP LOC: PG TOW COORDINATION UNIT 301-627-6573 |
| 1FAFP34N95W244320 | I05192105185 | 6/28/05 | 16W05HJB81401G2005 | MD0172100 | IMP0U | IMP REF: / AGENCY: PRINCE GEORGES CO PD DISPATCH 301-336-8800 / PG TOW COORDINATION UNIT 301-627-6573 |
| 1FAFP34N25W244319 | I05192105181 | 6/18/05 | 16W05HJB82201G2805 | MD0172100 | IMP0U | IMP REF: / AGENCY: PRINCE GEORGES CO PD DISPATCH 301-336-8800 / PG 179 / PG TOW COORDINATION UNIT 301-627-6573 |
| 1D4HB48N05F567482 | T05171100441 | 6/18/05 | 16W05HJC91002G2105 | MD0172100 | RECV | IMP REF: / AGENCY: PRINCE GEORGES CO PD DISPATCH 301-336-8800 / PG TOW 169 1307 / PG TOW COORDINATION UNIT 301-627-6573 |
| 1D4HB48N05F567482 | I05192105089 | 6/18/05 | 16W05HJG10022105 | MD0172100 | IMP0U | IMP REF: / AGENCY: PRINCE GEORGES CO PD DISPATCH 301-336-8800 / IMP LOC: PG TOW 1307 / PG TOW COORDINATION UNIT 301-627-6573 |
| 1D4HB48N05F567482 | I05192105672 | 6/21/05 | 16W05HJG91002G2105 | MD0172100 | NCIC INACTV | IMP REF: / AGENCY: PRINCE GEORGES CO PD DISPATCH 301-336-8800 / IMP LOC: PG TOW COORDINATION UNIT 301-627-6573 |
| 1D4HB48N75F566958 | I05192105090 | 6/21/05 | 16W05HJG26802G0205 | MD0172100 | NCIC INACTV | IMP REF: / AGENCY: PRINCE GEORGES CO PD DISPATCH 301-336-8800 / IMP LOC: PG TOW 1467 / PG TOW COORDINATION UNIT 301-627-6573 |
| 1D4HB48N75F566958 | NCIC INACTV | 6/21/05 | 16W05HJG26802G0205 | MD0172100 | IMP0U | IMP REF: / AGENCY: PRINCE GEORGES CO PD DISPATCH 301-336-8800 / IMP LOC: PG TOW 171 / PG TOW COORDINATION UNIT 301-627-6573 |
| 1B3EL46X25N631997 | I05192004876 | 6/29/05 | 16W05HJ3392041205 | MD0172100 | IMP0U | IMP REF: / AGENCY: PRINCE GEORGES CO PD DISPATCH 301-336-8800 / IMP LOC: PG TOW COORDINATION UNIT 301-627-6573 |
| 1G6DP5774601002830 | 0/00/00 | | 16W06HJS58807G0805 | BADVI | AGENCY: | IMP REF: / AGENCY: 05 180 0558 |

*** REGION COUNTS ***

| | |
|---|---|
| ACTIVE CLAIMS | |
| THEFT/RECOVERIES | 1 |
| NTRS | |
| SALVAGES | 44 |
| IMPOUNDS | |
| EXPORTS | |
| BAD VINS | 4 |
| OTHER | |

| VIN NUMBER | NICB FILE NUMBER | NICB DATE OF RECORD | REFERENCE NUMBER | NICB CODE MATCH | NICB RECORD MATCH | NICB INFORMATION | | (handwritten) |
|---|---|---|---|---|---|---|---|---|
| 2T1BR32E85C479708 | 10519208616 | 6/18/05 | 16W05HJG993050905 | MD0172100 | IMPOU | IMP REF: / AGENCY: / IMP LOC: / PG TOW  PRINCE GEORGES CO PD DISPATCH COORDINATION UNIT | 301-336-8800 301-627-6573 | OK |
| 3N1CB51D14L479711 | 10519208732 | 6/29/05 | 16W04VS74360722204 | MD0172100 | IMPOU | IMP REF: / AGENCY: / IMP LOC: / PG TOW  PRINCE GEORGES CO PD DISPATCH COORDINATION UNIT | 301-336-8800 301-627-6573 | |
| 3N1CB51D45L526912 | 10519208743 | 7/05/05 | 16W05HJC49903070S | MD0172100 | IMPOU | IMP REF: 05 185 / AGENCY: / IMP LOC: / PG TOW  PRINCE GEORGES CO PD DISPATCH COORDINATION UNIT | 301-336-8800 301-627-6573 | blote 7/3 |
| 3N1CB51D75L506606 | 10519208748 | 6/16/05 | 16W05VI930201170S | MD0172100 | IMPOU | IMP REF: 05 0648 / AGENCY: / IMP LOC: / PG TOW  PRINCE GEORGES CO PD DISPATCH COORDINATION UNIT | 301-336-8800 301-627-6573 | OK |
| 4T1BE32K95U043449 | 10519209010 | 6/20/05 | 16W05HJB1801020905 | MD0172100 | IMPOU | IMP REF: / AGENCY: / IMP LOC: / PG TOW  PRINCE GEORGES CO PD DISPATCH COORDINATION UNIT | 301-336-8800 301-627-6573 | OK |
| 5N1AA08B55N718124 | 10519209210 | 6/22/05 | 16W05HJC521030405 | MD0172100 | IMPOU | IMP REF: / AGENCY: / IMP LOC: / PG TOW  PRINCE GEORGES CO PD DISPATCH COORDINATION UNIT | 301-336-8800 301-627-6573 | OK |
| 5N1BV28UX5N117975 | 10519209212 | 7/05/05 | 16W05VI927012170S | MD0172100 | IMPOU | IMP REF: / AGENCY: / IMP LOC: / PG TOW  PRINCE GEORGES CO PD DISPATCH COORDINATION UNIT | 301-336-8800 301-627-6573 | OK |
| 5Y2SL63855Z466563 | 10519209247 | 7/06/05 | 16W05HJM06040516905 | MD0172100 | IMPOU | IMP REF: / AGENCY: / IMP LOC: / PG TOW  PRINCE GEORGES CO PD DISPATCH COORDINATION UNIT | 301-336-8800 301-627-6573 | stolen 8/05 |
| JM1BK12F351274580 | 10519209613 | 6/26/05 | 16W05VI988030307S | MD0172100 | IMPOU | IMP REF: / AGENCY: / IMP LOC: / PG TOW  PRINCE GEORGES CO PD DISPATCH COORDINATION UNIT | 301-336-8800 301-627-6573 | OK |
| JN8AZ08W55W408179 | 10519209834 | 6/17/05 | 16W05HJB251020105 | MD0172100 | IMPOU | IMP REF: 05 168 0142 / AGENCY: / IMP LOC: / PG TOW  PRINCE GEORGES CO PD DISPATCH COORDINATION UNIT | 301-336-8800 301-627-6573 | OK |
| JTDBT123230301466 | 10517808976 | 6/03/05 | 16W03VM337060619030 | MD0171500 | IMPOU | IMP REF: 05 1748 / AGENCY: / IMP LOC: / PG TOW  HYATTSVILLE POLICE DEPARTMENT  PRINCE GEORGES CO PD DISPATCH COORDINATION UNIT | 301-985-5060 301-627-6573 | blote 7/05 |
| JTDBT123230301466 | 10519210144 | 7/05/05 | 16W03VM337060619030 | MD0172100 | IMPOU | IMP REF: / AGENCY: / IMP LOC: / PG TOW  PRINCE GEORGES CO PD DISPATCH COORDINATION UNIT | 301-336-8800 301-627-6573 | OK |
| 1G1AK52F357623665 | 10519205735 | 6/28/05 | 16W05HJM477052405 | MD0172100 | IMPOU | IMP REF: / AGENCY: / IMP LOC: / PG TOW  PRINCE GEORGES CO PD DISPATCH COORDINATION UNIT | 301-336-8800 301-627-6573 | blote 7/05 |
| 2D4GP44L15R471629 | 10519208050 | 6/13/05 | 16W05HJT417041805 | MD0172100 | IMPOU | IMP REF: 05 164 0471 / AGENCY: / IMP LOC: / PG TOW  PRINCE GEORGES CO PD DISPATCH COORDINATION UNIT | 301-336-8800 301-627-6573 | Unit location OK  Matt Heuisl |
| 2T1BR32E45C441863 | 10519208609 | 6/21/05 | 16W05HJB17020090S | MD0172100 | IMPOU | IMP REF: 05 163 / AGENCY: / IMP LOC: / PG TOW  PRINCE GEORGES CO PD DISPATCH COORDINATION UNIT | 301-336-8800 301-627-6573 | OK |
| 4A3AB36F75ED044810 | 10519208845 | 6/12/05 | 16W05HJCG10102070S | MD0172100 | IMPOU | IMP REF: / AGENCY: / IMP LOC: / PG TOW  PRINCE GEORGES CO PD DISPATCH COORDINATION UNIT | 301-336-8800 301-627-6573 | OK |

ATLANTIC GROUP 16 REGION W  —  7/12/05 ATTN: INSURANCE MANAGER  —  NATIONAL INSURANCE CRIME BUREAU UNIT HIT INFORMATION  —  PAGE 1  —  J685-NIO006

| VIN NUMBER | NICB FILE NUMBER | NICB DATE OF RECORD | REFERENCE NUMBER | NICB CODE MATCH | NICB RECORD MATCH | NICB INFORMATION | Handwritten notes |
|---|---|---|---|---|---|---|---|
| 1EAFP34N85M146136 | I0519205184 | 6/18/05 | 16W05VIO441062904 | M00172100 | IMPOU | AGENCY: PRINCE GEORGES CO PD DISPATCH 301-336-8800; IMP LOC: PG TOW COORDINATION UNIT 301-627-6573; IMP REF: | |
| 1G1AK52F657654439 | I0519205737 | 6/11/05 | 16W05HJM951061005 | M00172100 | IMPOU | AGENCY: PRINCE GEORGES CO PD DISPATCH 301-336-8800; IMP LOC: PG TOW COORDINATION UNIT 301-627-6573; IMP REF: | OK |
| 1G1ZS52F45F108649 | I0519205909 | 6/21/05 | 16W05VI1231070804 | M00172100 | IMPOU | AGENCY: PRINCE GEORGES CO PD DISPATCH 301-336-8800; IMP LOC: PG TOW COORDINATION UNIT 301-627-6573; IMP REF: | Delete 7/12 |
| 1G1ZS52FX5F293788 | I0519205913 | 6/24/05 | 16W05HJM522051205 | M00172100 | IMPOU | AGENCY: PRINCE GEORGES CO PD DISPATCH 301-336-8800; IMP LOC: PG TOW COORDINATION UNIT 301-627-6573; IMP REF: | OK 7/12 |
| 1G2NE52E65M122749 | I0511207847 | 4/19/05 | 16W05VI5141030800204 | DCMPD0000 | IMPOU | AGENCY: WASHINGTON DC METRO PD 202-727-4226; IMP LOC: LEROY WALKER 266 202-889-3549; IMP REF: 05 169 0131 | OK |
| 1G2NE52E65M122749 | I0519205969 | 6/19/05 | 16W05VI5143080204 | M00172100 | IMPOU | AGENCY: PRINCE GEORGES CO PD DISPATCH 301-336-8800; IMP LOC: PG TOW COORDINATION UNIT 301-627-6573; IMP REF: | OK |
| 1GIND52F25M235484 | I0519205872 | 6/24/05 | 16W05HJM086042605 | M00172100 | IMPOU | AGENCY: PRINCE GEORGES CO PD DISPATCH 301-336-8800; IMP LOC: PG TOW COORDINATION UNIT 301-627-6573; IMP REF: | OK |
| 1GCDT136X58250885 | I0519206488 | 6/23/05 | 16W05HJC2773041505 | M00172100 | IMPOU | AGENCY: PRINCE GEORGES CO PD DISPATCH 301-336-8800; IMP LOC: PG TOW COORDINATION UNIT 301-627-6573; IMP REF: | OK |
| 1GLJC52F637379813 | I0519205828 | 7/06/05 | 16W03VN290061003 | M00172100 | IMPOU | AGENCY: PRINCE GEORGES CO PD DISPATCH 301-336-8800; IMP LOC: PG TOW COORDINATION UNIT 301-627-6573; IMP REF: | OK 7/25 |
| 1GCFG15X951115683 | I0519206513 | 6/13/05 | 16W05VI3685090204 | M00172100 | IMPOU | AGENCY: PRINCE GEORGES CO PD DISPATCH 301-336-8800; IMP LOC: PG TOW COORDINATION UNIT 301-627-6573; IMP REF: | OK |
| 1J4GL48X85W604428 | I0519207216 | 6/22/05 | 16W05HJD449122004 | M00172100 | IMPOU | AGENCY: PRINCE GEORGES CO PD DISPATCH 301-336-8800; IMP LOC: PG TOW COORDINATION UNIT 301-627-6573; IMP REF: | OK |
| 1J4GL48X35W616891 | I0519207212 | 6/28/05 | 16W05HJF619020805 | M00172100 | IMPOU | AGENCY: PRINCE GEORGES CO PD DISPATCH 301-336-8800; IMP LOC: PG TOW COORDINATION UNIT 301-627-6573; IMP REF: | OK |
| 1YVFP80C95SM61426 | I0519207720 | 6/25/05 | 16W05HJ861051205 | M00172100 | IMPOU | AGENCY: PRINCE GEORGES CO PD DISPATCH 301-336-8800; IMP LOC: PG TOW COORDINATION UNIT 301-627-6573; IMP REF: | OK |
| 1N4AL11D85C301095 | I0519207454 | 7/01/05 | 16W05VI9312011805 | M00172100 | IMPOU | AGENCY: PRINCE GEORGES CO PD DISPATCH 301-336-8800; IMP LOC: PG TOW COORDINATION UNIT 301-627-6573; IMP REF: | Delete 4/2006 |
| 1N4AL11D05C236114 | I0519207441 | 6/16/05 | 16W05VI5303082304 | M00172100 | IMPOU | AGENCY: PRINCE GEORGES CO PD DISPATCH 301-336-8800; IMP LOC: PG TOW COORDINATION UNIT 301-627-6573; IMP REF: | " |
| 2G1WF52E859113666 | I0508010019 | 2/08/05 | 16W05VI25559080504 | M00172100 | IMPOU | AGENCY: PRINCE GEORGES CO PD DISPATCH 301-336-8800; IMP LOC: PG TOW COORDINATION UNIT 301-627-6573; IMP REF: | OK |
| 2G1WF52E859113666 | I0519208249 | 7/02/05 | 16W05VI25559080504 | M00172100 | IMPOU | AGENCY: PRINCE GEORGES CO PD DISPATCH 301-336-8800; IMP LOC: PG TOW COORDINATION UNIT 301-627-6573; IMP REF: | OK tz |
| 2MEFM74W35X628423 | I0519208482 | 8/07/04 / 7/02/05 | 16W05HJB894012405 / 16W05VI25559080504 | H01700017 / M00172100 | CLAIM / IMPOU | AGENCY: GEICO GENERAL INSURANCE COMPAN; AGENCY: PRINCE GEORGES CO PD DISPATCH 301-336-8800; IMP LOC: PG TOW COORDINATION UNIT 301-627-6573; IMP REF: | OK |

ATLANTIC   7/13/05 ATTN: INSURANCE MANAGER        NATIONAL INSURANCE CRIME BUREAU              PAGE   1
GROUP 16 REGION W                                 UNIT HIT INFORMATION

| VIN NUMBER | NICB FILE NUMBER RECORD | NICB DATE OF RECORD | REFERENCE NUMBER | NICB CODE MATCH | NICB RECORD | NICB INFORMATION |
|---|---|---|---|---|---|---|

******* NO DATA RECEIVED FOR GROUP 16   REGION W *******

*** REGION COUNTS ***
ACTIVE CLAIMS
THEFT/RECOVERIES
NTRS
SALVAGES
IMPOUNDS
EXPORTS
BAD VINS
OTHER

J685-NI0006

01/13/05  WED 10:18 FAX                                                    002

ATLANTIC                          7/13/05 ATTN: INSURANCE MANAGER      NATIONAL INSURANCE CRIME BUREAU        PAGE  1
GROUP 16 REGION V                                                          UNIT KIT INFORMATION                              J6B5-NI0006

| VIN NUMBER | NICB FILE NUMBER | NICB DATE OF RECORD | REFERENCE NUMBER | NICB CODE MATCH | NICB RECORD MATCH | NICB INFORMATION |
|---|---|---|---|---|---|---|
| 5N1ED28Y14C610926 | NCIC INACTV | 7/12/05 | 16V04VN6824121803 | VA0220100 | NCIC | AGENCY: CHESTERFIELD COUNTY |
| 5N1ED28Y14C610926 | NCIC ACTIVE | 0/00/00 | 16V04VN6824121803 | VA0220100 | NCIC | AGENCY: CHESTERFIELD COUNTY |
| 5N1ED28Y14C610926 | NCIC INACTV | 7/12/05 | 16V04VN6824121803 | VA0210100 | NCIC | AGENCY: CHESTERFIELD COUNTY |
| 5N1ED28Y14C610926 | NCIC ACTIVE | 0/00/00 | 16V04VN6824121803 | VA0210100 | NCIC | AGENCY: CHESTERFIELD COUNTY |
| 5N1ED28Y14C610926 | NCIC ACTIVE | 0/00/00 | 16V04VN6824121803 | VA0210100 | NCIC | AGENCY: CHESTERFIELD COUNTY |
| 5N1ED28Y14C610926 | NCIC INACTV | 0/00/00 | 16V04VN6824121803 | VA0210100 | NCIC | AGENCY: CHESTERFIELD COUNTY |
| 5N1ED28Y14C610926 | NCIC INACTV | 0/00/00 | 16V04VN6824121803 | VA0210100 | NCIC | AGENCY: CHESTERFIELD COUNTY |
| 5N1ED28Y14C610926 | NCIC ACTIVE | 7/12/05 | 16V04VN6824121803 | VA0210100 | NCIC | AGENCY: CHESTERFIELD COUNTY |
| 1D7HW48N6S5318246 | NCIC ACTIVE | 7/11/05 | 16V05KJ84005D405 | I03310000 | THEFT | AGENCY: GMAC INSURANCE HOLDINGS |
| 1D7HW48N6S5318246 | T0519J01967 | 7/11/05 | 16V05KJ84005D405 | I03310000 | CLAIM | AGENCY: GMAC INSURANCE HOLDINGS |

*** REGION COUNTS ***
ACTIVE CLAIMS        1
THEFT/RECOVERIES
NTRS
SALVAGES
IMPOUNDS
EXPORTS
BAD VINS             7
OTHER

804-748-1251
804-748-1251
804-748-1251

Called Bren in
1800 - Faxed
Sheet to Loss
Control

Called Brent -
Faxed him Sheet

ATLANTIC   7/14/05  ATTN: INSURANCE MANAGER       NATIONAL INSURANCE CRIME BUREAU       PAGE   1       J685-NI0006
GROUP 16 REGION W                                      UNIT HIT INFORMATION

| VIN NUMBER | NICB FILE NUMBER | NICB DATE OF RECORD | REFERENCE NUMBER | NICB CODE | NICB RECORD MATCH | NICB INFORMATION |
|---|---|---|---|---|---|---|
| 1G1JC52F95J123667 | NCIC INACTV | 7/13/05 | 16W05VI1767062904 | MD0172100 | NCIC | AGENCY: PRINCE GEORGES COUNTY POLICE D 301-499-8074 |
| 1G1JC52F95J123667 | NCIC INACTV | 7/13/05 | 16W05VI1767062904 | MD0172100 | NCIC | AGENCY: PRINCE GEORGES COUNTY POLICE D 301-499-8074 |
| 1D4HB48N15F567040 | T0512501118 | 5/09/05 | 16W05HJG470022205 | MD0172020 | RECV | AGENCY: BLADENSBURG POLICE DEPARTMENT 301-864-6080 |
| 1D4HB48N15F567040 | NCIC INACTV | 5/09/05 | 16W05HJG470022205 | MD0170200 | NCIC | AGENCY: BLADENSBURG POLICE DEPARTMENT 301-864-6080 |
| 1D4HB48N15F567040 | NCIC ACTIVE | 0/00/00 | 16W05HJG470022205 | MD0172100 | NCIC | AGENCY: PRINCE GEORGES COUNTY POLICE D 301-864-6080 |

*** REGION COUNTS ***

ACTIVE CLAIMS
THEFT/RECOVERIES          1
NTRS
SALVAGES
IMPOUNDS
EXPORTS
BAD VINS                  4
OTHER

DN01A894
DN103kB03

ATLANTIC - 7/15/05 ATTN: INSURANCE MANAGER          NATIONAL INSURANCE CRIME BUREAU          PAGE    1
GROUP 16 REGION W                                      UNIT HIT INFORMATION

| VIN NUMBER | NICB FILE NUMBER | NICB DATE OF RECORD | REFERENCE NUMBER | NICB RECORD MATCH | NICB CODE | NICB INFORMATION |
|---|---|---|---|---|---|---|

******** NO DATA RECEIVED FOR GROUP 16   REGION W  ********

*** REGION COUNTS ***
ACTIVE CLAIMS
THEFT/RECOVERIES
NTRS
SALVAGES
IMPOUNDS
EXPORTS
BAD VINS
OTHER

J685-NI0006

```
ATLANTIC   7/15/05 ATTN: INSURANCE MANAGER      NATIONAL INSURANCE CRIME BUREAU                                    PAGE   1
GROUP 16 REGION W                                    UNIT HIT INFORMATION

     VIN                     NICB                              NICB
   NUMBER          FILE NUMBER RECORD   REFERENCE NUMBER      RECORD      NICB INFORMATION
                    DATE OF                                   NICB CODE MATCH
                    NICB

         ******   NO DATA RECEIVED FOR GROUP 16   REGION W  ********

*** REGION COUNTS ***
ACTIVE CLAIMS
THEFT/RECOVERIES
NTRS
SALVAGES
IMPOUNDS
EXPORTS
BAD VINS
OTHER
```

ATLANTIC   7/18/05 ATTN: INSURANCE MANAGER        NATIONAL INSURANCE CRIME BUREAU        PAGE   1        J685-NI0006
GROUP 16 REGION W                                          UNIT HIT INFORMATION

| VIN NUMBER | NICB FILE NUMBER | NICB DATE OF RECORD | REFERENCE NUMBER | NICB CODE MATCH | NICB RECORD MATCH | NICB INFORMATION |
|---|---|---|---|---|---|---|
| 1D7HW48N9S2262318 | IO519607461 | 7/13/05 | 16W05HJ3GB11032305 | DCMPD0000 IMPOU | | AGENCY: METROPOLITAN POLICE DEPARTMENT 202-727-4226 |
| | | | | | | IMP LOC: HAM'S TOWING 126   202-678-0199 |
| | | | | | | IMP REF: DO507130129 |
| 1D4HB48N45F560678 | IO509900718 | 3/30/05 | 16W05HJD544122104 | DCMPD00T1 RECV | | AGENCY: METROPOLITAN POLICE DEPARTMENT 202-727-4226 |
| 1D4HB48N45F560678 | IO517407830 | 6/20/05 | 16W05HJD544122104 | DCMPD0000 IMPOU | | AGENCY: METROPOLITAN POLICE DEPARTMENT 202-727-4226 |
| | | | | | | IMP LOC: A N A TOWING 165   202-347-8989 |
| | | | | | | IMP REF: DO50620070 |
| 1D4HB48N45F560678 | NCIC INACTV | 3/29/05 | 16W05HJD544122104 | T01400161 CLAIM | | AGENCY: TRAVELERS INDEMNITY COMPANY |
| 1D4HB48N45F560678 | NCIC INACTV | 3/30/05 | 16W05HJD544122104 | MD0172100 NCIC | | AGENCY: PRINCE GEORGES COUNTY POLICE D 301-499-8074 |
| 1D4HB48N45F560678 | NCIC INACTV | 6/20/05 | 16W05HJD544122104 | MD0172100 NCIC | | AGENCY: PRINCE GEORGES COUNTY POLICE D 301-499-8074 |
| 2NEFM74N85X628420 | NCIC ACTIVE | 0/00/00 | 16W05HJB891012405 | MD0172100 NCIC | | AGENCY: PRINCE GEORGES COUNTY POLICE D |

```
*** REGION COUNTS ***
ACTIVE CLAIMS
THEFT/RECOVERIES      1
NTRS
SALVAGES              2
IMPOUNDS
EXPORTS
BAD VINS              4
OTHER
```

[handwritten: Broke into Home stole keys]
[handwritten: Rpt # 05/98-6032   PG County]
[handwritten: DN161A 843]
[handwritten: DN6 25857]
[handwritten: 1620 report stolen]

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| VI82210 | DR | X | 162H | KNAGD126X55386119 | STOLEN VEHICLE | 2005 | KIA | OPTI | 01/12/2005 | GP16 | 05/02/2005 |
| MW2093 | UC | X | 16XX | 1GCEK19C69E252082 | STOLEN VEHICLE GA025030 | 2004 | CHEV | S15E | 06/03/2005 | GP16YY | 07/10/2005 |
| I9P346 | DR | X | 16XX | VS491914897 | STOLEN VEHICLE MD0172100 | 2005 | CHEV | GPRI | 07/11/2005 | GP16YY | |
| VS4400 | UC | X | 16XX | VS491914897 | STOLEN VEHICLE MD0172100 | 2004 | FONT | GPRI | 06/10/2004 | GP16YY | 02/04/2005 |
| MGR110 | UC | | 16XX | 2G2WP552741002217 | MD016000 | | | | 4/21/2005 | | |
| MJH699 | DR | Y | 161Z | 1D7HW48N75S235129 | STOLEN PLATE MD0172100 | 2005 | DODG | DAKO | 03/15/2005 | GP16 | 06/12/2005 |
| 20R641 | DR | Y | 1633 | 0516810542 | STOLEN VEHICLE MD0172100 | | 6/28/2005 | | 6/28/2005 | | |
| VT09907 | DR | Y | 1633 | 1B3ES26C41D630025 | STOLEN VEHICLE MD0172100 | 2004 | DODG | NEON | 06/22/2004 | GP16 | 07/12/2005 |
| VT2242 | DR | Y | 1643 | 1G1ZC5295714505 | STOLEN PLATE MD0172100 | 2005 | CHEV | CAVA | 08/09/2004 | GP16 | 07/06/2005 |
| MR1585 | UC | Y | 16YY | 1G1NDS2 | STOLEN VEHICLE MD0172100 | 2005 | CLAS | | 07/13/2005 | GP16 | 04/08/2005 |
| 5AXG60 | UC | Y | 16YY | 0516609311 | STOLEN VEHICLE MD0172100 | | 6/15/2005 | | 6/15/2005 | | |
| HJQB44 | UC | Y | 16YY | KNAGD126345306646 | STOLEN VEHICLE | 2004 | OPTI | | 02/15/2005 | GP16 | 05/25/2005 |
| VN4913 | UC | Y | 16YY | 1GCDT136481643950 | STOLEN PLATE MD0172100 | 2004 | CHEV | COLO | 04/23/2005 | GP16 | 01/18/2005 |
| VS4946 | UC | Y | 16YY | 2C4GP443019307 | STOLEN VEHICLE MD0172100 | 2005 | CHRY | TC | 04/14/2005 | GP16 | 07/02/2005 |
| 116M278 | UC | Y | 16YY | 0518070701 | STOLEN PLATE | 2005 | | | 07/06/2005 | | |
| VS72373 | UC | Y | 16YY | 1FAFP34W95H111721 | STOLEN PLATE MD016000 | 2005 | FORD | FOCU | 05/12/2004 | GP16 | 03/24/2005 |
| JKT2373 | | Y | 16YY | R05015162 | | | | | 5/04/2005 | | |

```
                                    ENTERPRISE RENT-A-CAR                    07/18/2005    10:57:10         PAGE 1
                                  VEHICLES ON THE HOT SHEET            ATTENTION - LOSS CONTROL DEPARTMENT        J659/PBI003
```

| UNIT # PLATE | UC | RGN | GPBR/DRLOC | SERIAL NUMBER CASE NUMBER | REASON SUBMITTING AGENCY | YR | MAKE | MODEL | IN-SERV/ DATE ENTERED | CUST # | DATE OF EVENT |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ATLANTIC | | 16 | W | | | | | | | | |
| HU3211B | LU | L | 1693 | 1FTSE34L0YHA29866 | STOLEN VEHICLE / M001172100 | 2000 | FORD | ECON | 03/01/2000 | R11319A | 06/30/2005 |
| HU4603L | LU | L | 1693 | 1GAWG39R61154675 | STOLEN PLATE / M001172100 | 2001 | CHEV | E35P | 07/02/2003 | 214364 | 11/28/2003 |
| MT4381 | LU | L | 1693 | 3C4FV48B02J367704 | STOLEN VEHICLE / M001172100 | 2002 | CHEV | PTCR | 02/02/2002 | 131400 | 07/10/2002 |
| LB0089 | LU | L | 1693 | 654G06544 | STOLEN VEHICLE / MDBPDQ000 | 2001 | CHRY | TSC | 07/12/2001 | R10344A | 01/24/2004 |
| HV6673 | UC | L | 1693 | | STOLEN VEHICLE / MDBPDQ000 | 2001 | CHEV | E35C | 08/24/2001 | | |
| HV6673 | UC | L | 1693 | | STOLEN VEHICLE / VA0590000 | 2001 | | | 07/08/2001 | | |
| HV6996 | UC | L | 1693 | 2C8GT44L21R213745 | STOLEN VEHICLE / VA0590000 | | | | | | |
| YFV8842 | | | 1693 | 1FTSE34L41HB50096 | | | | | | | |
| HTK193 | DR | U | 162W | 1B3EL46X1SN604834 | STOLEN VEHICLE / VA0230700 | 2005 | DODG | STRA | 06/05/2005 | GPI6 | 07/09/2005 |
| VN6775 | DR | U | 164B | 3N1CB51D84L800032 | STOLEN VEHICLE / VA0230700 | 2004 | NISS | SENT | 01/13/2004 | GPI6 | 07/09/2005 |
| VSN88 | | U | 160U | 3N1CB51D15L970310 | STOLEN VEHICLE / DCMPDQ071 | 2005 | NISS | SENT | 10/26/2004 | GPI6 | 07/08/2005 |
| JRC43779 | | | | 080368 | | | | | 06/30/2005 | | 06/17/2005 |
| HJK972 / 7ASH27 | DR | V | 1635 | 1G1AK52F95764413 / 200501628 | STOLEN PLATE / VAMBAQ000 | 2005 | COBA | COBA | 07/12/2005 | GPI6 | 07/09/2005 |
| 350M1 | CC | W | 16MW | 5N1AR18N65C714431 | STOLEN PLATE / M001172100 | 2005 | NISS | PATH | 01/21/2005 | GPI6 | 06/09/2005 |
| HJ0193 | DR | W | 1653 | 1PMYC09115C52146 | STOLEN PLATE / M001172100 | 2005 | FORD | ESCA | 06/21/2005 | GPI6 | 06/18/2005 |
| HJ7592 | DR | W | 163K | 1J4GR48K85C597270 | STOLEN PLATE / M001172100 | 2005 | JEEP | GCHE | 01/21/2005 | GPI6 | 05/11/2005 |
| 4.8M93 | DR | W | 16MW | 1D4HB48N95D213510 | STOLEN VEHICLE / M0017201CLE | 2005 | DODG | DURA | 01/27/2005 | GPI6 | 06/07/2005 |
| 4.5M9546 | DR | W | 16MW | 1D4HB48N95D213510 | STOLEN VEHICLE / M0017201CLE | 2005 | DODG | DURA | 07/13/2005 | GPI6 | 05/06/2005 |
| HJ0489 | DR | W | 161A | 1D7HW48N95S221577 | STOLEN VEHICLE / M001172100 | 2005 | DODG | DAKO | 03/01/2005 | GPI6 | 05/06/2005 |
| MJN714 | DR | W | 16MW | 1D7RW48X3S526891 | STOLEN VEHICLE / M0017201CLE | 2005 | DODG | DAKO | 03/15/2005 | GPI6 | 06/17/2005 |
| 2.2R96 | DR | W | 1616 | 1FAFP55U95A160344 | STOLEN VEHICLE / M001172100 | 2005 | FORD | TAUR | 06/07/2005 | GPI6 | 06/25/2005 |
| 7ARV46 | DR | W | 1662 | 1FAFP34N15W146600 | STOLEN VEHICLE / M001172100 | 2005 | FORD | TAUR | 05/07/2005 | GPI6 | 06/25/2005 |
| HJ76904 | DR | W | 1647 | 1GCCG25V951301932 | STOLEN VEHICLE / M001172100 | 2005 | CHEV | E25C | 07/09/2005 | GPI6 | 05/13/2005 |
| HJ26504 | DR | W | 1620 | 1D4HB48N95F002095 | STOLEN PLATE / M001172100 | 2005 | DODG | DURA | 10/16/2004 | GPI6 | 05/13/2005 |
| HV8294 | DR | W | 163K | KNAGD126655J134568 | STOLEN PLATE / DCMPDQ071 | 2005 | KIA | OPTI | 05/18/2004 | GPI6YY | 06/23/2005 |
| 1D4HA | DR | W | 1630 | 1D4HB48N95F002095 | STOLEN PLATE / DCMPDQ071 | 2005 | PONT | GPRI | 01/26/2005 | GPI6 | 01/06/2005 |
| 4AAE71 | DR | W | 164J | 5NMFS22X44D023553 | STOLEN VEHICLE / DCMPDQ071 | 2004 | FORD | FOCU | 08/27/2002 | GPI6 | 08/27/2002 |
| NB3266 | DR | W | 16MW | 1FAFP33KX1W113228 | STOLEN PLATE / M001172100 | 2001 | CHEV | FOCU | 08/24/2004 | GPI6 | 04/12/2005 |
| HV4549 | UC | W | 16MW | 2GCEK13T851100050 | STOLEN PLATE / M001172100 | 2005 | CHEV | S15C | 08/22/2004 | GPI6 | 04/08/2005 |
| VT5053 | UC | W | 16MW | 2GKCEK13T9810050 | STOLEN PLATE / M001172100 | 2005 | CHEV | IMPA | 14/01/2005 | GPI6 | 04/08/2005 |
| VI3005 | UC | W | | 2GKMFS22B851021457 | STOLEN PLATE / M001172100 | | | | 4/27/2005 | | |
| MXD752 | | | | 051171097 | | | | | | | |
| VT2139 / 342M727 | DR | X | 163I | 5NIBV28U5N14781 / 051850643 | STOLEN PLATE / M001172100 | 2005 | NISN | QUES | 01/18/2005 | GPI6 | 07/05/2005 |

Handwritten annotations (right margin): "DX16NW20", "DX1653TH4 — DL New TAG 5TMFTN2DE", "DX1153KB023", "DX1163KB023", "DX116IX3KB017", "DX1161GX2X741", "DX1161G4W6", "DX1161.2GX8.3D", "Not Active — w/o DX to be keyed", "New TAG 3MFTJ24", "DX1163TB3", "DX116JI44Y — OKAY - Clerk", "OKAY - Clerk"

*DIA*

```
ATLANTIC   7/19/05 ATTN: INSURANCE MANAGER        NATIONAL INSURANCE CRIME BUREAU                          PAGE   1
GROUP 16 REGION W                                      UNIT HIT INFORMATION

                                                                                                          J6B5-NI0006

              NICB              NICB
     VIN      FILE NUMBER       DATE OF                           NICB
    NUMBER                      RECORD      REFERENCE NUMBER       RECORD
                                                                  MATCH           NICB INFORMATION
                                                                  NICB CODE

3NICB51D05L551029   NCIC ACTIVE  0/00/00  16W05HHJH403052605     MD0172100 NCIC   AGENCY: PRINCE GEORGES COUNTY POLICE D

*** REGION COUNTS ***
ACTIVE CLAIMS
THEFT/RECOVERIES
NTRS
SALVAGES
IMPOUNDS
EXPORTS
BAD VINS
OTHER                      1
```

*DX1040 BX1*

ATLANTIC   7/20/05   ATTN: INSURANCE MANAGER                 NATIONAL INSURANCE CRIME BUREAU                 PAGE   1          J685-NI0006
GROUP 16 REGION W                                                   UNIT HIT INFORMATION

| VIN NUMBER | NICB FILE NUMBER | NICB DATE OF RECORD | NICB REFERENCE NUMBER | NICB CODE MATCH | NICB RECORD MATCH | NICB INFORMATION |
|---|---|---|---|---|---|---|
| 2MEFM74W85X628420 | I0520004315 | 7/13/05 | 16W05HJB891012405 | M00172100 | IMPOU | AGENCY: PRINCE GEORGES COUNTY POLICE D  301-499-8074  / PG TOW COORDINATION UNIT  301-627-6573 |
| 1D7HA48N95S245180 | I0520003435 | 7/09/05 | 16W05HJG491051205 | M00172100 | IMPOU | AGENCY: PRINCE GEORGES COUNTY POLICE D  301-499-8074  / PG TOW COORDINATION UNIT  301-627-6573 |
| 1D7HA48N95S245180 | I0520010076 | 7/09/05 | 16W05HJG491051205 | M00172100 | RECV | AGENCY: PRINCE GEORGES COUNTY POLICE D  301-499-8074  / PG TOW COORDINATION UNIT  301-627-6573 |
| 1D7HA48N95S245180 | I0520003435 | 7/09/05 | 16W05HJG491051205 | M00172100 | IMPOU | AGENCY: PRINCE GEORGES COUNTY POLICE D  301-499-8074  / PG TOW COORDINATION UNIT  301-627-6573 |
| 1G1JC52F95J123667 | I0520003662 | 7/13/05 | 16W05VII767062904 | G01000071 | CLAIM | GOVERNMENT EMPLOYEES INSURANCE  05 190 1098 |
| 1G1JC52F95J123667 | I0520003662 | 7/13/05 | 16W05VII767062904 | DCMPDP0071 | NCIC | AGENCY: METROPOLITAN POLICE DEPARTMENT  202-727-4226 |
| 1G1JC52F95J123667 | I0520003662 | 7/13/05 | 16W05VII767062904 | M00172100 | IMPOU | AGENCY: PRINCE GEORGES COUNTY POLICE D  301-499-8074  / PG TOW COORDINATION UNIT  301-627-6573 |
| 2MEFM74W85X628420 | I0520004315 | 7/13/05 | 16W05HJB891012405 | M00172100 | NCIC | AGENCY: PRINCE GEORGES COUNTY POLICE D  301-499-8074  / PG TOW COORDINATION UNIT  301-627-6573 |
| 2MEFM74W85X628420 | I0520004315 | 7/13/05 | 16W05HJB891012405 | M00172100 | IMPOU | AGENCY: PRINCE GEORGES COUNTY POLICE D  301-499-8074  / PG TOW COORDINATION UNIT  301-627-6573 |
| 2MEFM74W85X628420 | I0520004315 | 7/13/05 | 16W05HJJ732052605 | M00172100 | IMPOU | AGENCY: PRINCE GEORGES COUNTY POLICE D  301-499-8074  / PG TOW COORDINATION UNIT  301-627-6573 |
| YV1RS61275249386 | I0520004812 | 7/13/05 | 16W05HJJ732052605 | M00172100 | IMPOU | AGENCY: PRINCE GEORGES COUNTY POLICE D  301-499-8074  / PG TOW COORDINATION UNIT  301-627-6573 |
| JM1BK12F54115183 | I0520004561 | 7/09/05 | 16W04VS094804020 4 | M00172100 | IMPOU | AGENCY: PRINCE GEORGES COUNTY POLICE D  301-499-8074  / PG TOW COORDINATION UNIT  301-627-6573 |
| JM1BK12F45127270 8 | I0520004560 | 7/07/05 | 16W05VI98630070 5 | M00172100 | IMPOU | AGENCY: PRINCE GEORGES COUNTY POLICE D  301-499-8074  / PG TOW COORDINATION UNIT  301-627-6573 |
| JM1BK12F35129662 7 | I0520004559 | 7/09/05 | 16W05HJCC788042605 | M00172100 | IMPOU | AGENCY: PRINCE GEORGES COUNTY POLICE D  301-499-8074  / PG TOW COORDINATION UNIT  301-627-6573 |
| JM1BK12F05128476 0 | I0520004558 | 7/07/05 | 16W05HJCC783041105 | M00172100 | IMPOU | AGENCY: PRINCE GEORGES COUNTY POLICE D  301-499-8074  / PG TOW COORDINATION UNIT  301-627-6573 |
| 1D7HA48X35S226971 | T0520001707 | 6/17/05 | 16W05HJH711030705 | C04300109 | THEFT | GEICO INDEMNITY COMPANY  / PRINCE GEORGES COUNTY POLICE D |
| 1D7HA48X35S226971 | | 6/17/05 | 16W05HJH711030705 | C04300109 | CLAIM | GEICO INDEMNITY COMPANY |
| 1D7HA48X35S226971 | NCIC ACTIVE | 0/00/00 | 16W05HJH711030705 | M00172100 | NCIC | AGENCY: PRINCE GEORGES COUNTY POLICE D |

```
***  REGION COUNTS  ***
ACTIVE CLAIMS          1
THEFT/RECOVERIES       1
NTRS
SALVAGES              10
IMPOUNDS
EXPORTS                7
BAD VINS
OTHER
```

*(Handwritten annotations appear in the right margin next to several rows, including: "Removed", "DK4004", "DK 80 letter", "New tag", "OK", "DK", and check marks.)*

ATLANTIC    7/20/05 ATTN: INSURANCE MANAGER          NATIONAL INSURANCE CRIME BUREAU                    PAGE    1
GROUP 16 REGION W                                         UNIT HIT INFORMATION                                      J685-NI0006

| VIN NUMBER | NICB FILE NUMBER | NICB DATE OF RECORD | REFERENCE NUMBER | NICB CODE | NICB RECORD MATCH | NICB INFORMATION |
|---|---|---|---|---|---|---|
| 2MEFM74W85X628420 | I0520004315 | 7/13/05 | 16W05HJB891012405 | M00172100 | IMPOU | AGENCY: PRINCE GEORGES COUNTY POLICE D |
|  |  |  |  |  | IMP LOC: | PG TOW COORDINATION UNIT  301-499-8074 |
|  |  |  |  |  | IMP REF: | 301-627-6573 |
| 2MEFM74W85X628420 | NCIC INACTV | 7/19/05 | 16W05HJB891012405 | M00172100 | IMPOU | AGENCY: PRINCE GEORGES COUNTY POLICE D |
| 2MEFM74W85X628420 | T0519100076 | 7/09/05 | 16W05HJG491051205 | M00172100 | RECV | AGENCY: PRINCE GEORGES COUNTY POLICE D  301-499-8074 |
| 1D7HW48N95S245180 | I0520003435 | 7/09/05 | 16W05HJG491051205 | M00172100 | IMPOU | AGENCY: PRINCE GEORGES COUNTY POLICE D |
|  |  |  |  |  | IMP LOC: | PG TOW COORDINATION UNIT  301-499-8074 |
|  |  |  |  |  | IMP REF: | 301-627-6573 |
| 1D7HW48N95S245180 | NCIC INACTV | 7/09/05 | 16W05HJG491051205 | G01000071 | CLAIM | 05 190 1098 |
| 1D7HW48N95S245180 | NCIC INACTV | 7/09/05 | 16W05HJG491051205 | DCMPD00071 | NCIC | GOVERNMENT EMPLOYEES INSURANCE |
| 1GJCS2EF95712367 | T0520003662 | 7/13/05 | 16W05VI176062904 | M00172100 | IMPOU | AGENCY: METROPOLITAN POLICE DEPARTMENT  202-727-4226 |
|  |  |  |  |  | IMP LOC: | PG TOW COORDINATION UNIT  301-499-8074 |
|  |  |  |  |  | IMP REF: | 301-627-6573 |
| 1GJCS2EF95712367 | NCIC INACTV | 7/13/05 | 16W05VI176062904 | M00172100 | IMPOU | AGENCY: PRINCE GEORGES COUNTY POLICE D |
| 2MEFM74W85X628420 | I0520004315 | 7/13/05 | 16W05HJB891012405 | M00172100 | IMPOU | AGENCY: PRINCE GEORGES COUNTY POLICE D |
|  |  |  |  |  | IMP LOC: | PG TOW COORDINATION UNIT  301-499-8074 |
|  |  |  |  |  | IMP REF: | 301-627-6573 |
| 4A3AB36F14E119435 | I0520004385 | 7/12/05 | 16W04VS453051404 | M00172100 | IMPOU | AGENCY: PRINCE GEORGES COUNTY POLICE D |
| NCIC INACTV |  |  |  | M00172100 | NCIC | AGENCY: PRINCE GEORGES COUNTY POLICE D  301-499-8074 |
|  |  |  |  |  | IMP LOC: | PG TOW COORDINATION UNIT  301-627-6573 |
|  |  |  |  |  | IMP REF: |  |
| YVIRS612752483867 | I0520004812 | 7/13/05 | 16W05HJ732052605 | M00172100 | IMPOU | AGENCY: PRINCE GEORGES COUNTY POLICE D |
|  |  |  |  |  | IMP LOC: | PG TOW COORDINATION UNIT  301-499-8074 |
|  |  |  |  |  | IMP REF: | 301-627-6573 |
| JM1BK12F541151832 | I0520004561 | 7/09/05 | 16W04VS094804204 | M00172100 | IMPOU | AGENCY: PRINCE GEORGES COUNTY POLICE D |
|  |  |  |  |  | IMP LOC: | PG TOW COORDINATION UNIT  301-499-8074 |
|  |  |  |  |  | IMP REF: | 301-627-6573 |
| JM1BK12F451272708 | I0520004560 | 7/07/05 | 16W05VI986307705 | M00172100 | IMPOU | AGENCY: PRINCE GEORGES COUNTY POLICE D |
|  |  |  |  |  | IMP LOC: | PG TOW COORDINATION UNIT  301-499-8074 |
|  |  |  |  |  | IMP REF: | 301-627-6573 |
| JM1BK12F351296627 | I0520004559 | 7/07/05 | 16W05JC788042605 | M00172100 | IMPOU | AGENCY: PRINCE GEORGES COUNTY POLICE D |
|  |  |  |  |  | IMP LOC: | PG TOW COORDINATION UNIT  301-499-8074 |
|  |  |  |  |  | IMP REF: | 301-627-6573 |
| JM1BK12F051284760 | I0520004558 | 7/07/05 | 16W05HJC783041105 | M00172100 | IMPOU | AGENCY: PRINCE GEORGES COUNTY POLICE D |
|  |  |  |  |  | IMP LOC: | PG TOW COORDINATION UNIT  301-499-8074 |
|  |  |  |  |  | IMP REF: | 301-627-6573 |
| 1D7HW48K35S226971 | T0520001707 | 6/17/05 | 16W05HJH711030705 | C04300109 | THEFT | AGENCY: GEICO INDEMNITY COMPANY |
| 1D7HW48K35S226971 | T0520001707 | 6/17/05 | 16W05HJH711030705 | C04300109 | CLAIM | AGENCY: GEICO INDEMNITY COMPANY |
| 1D7HW48K35S226971 | NCIC ACTIVE | 0/00/00 | 16W05HJH711030705 | M00172100 | NCIC | AGENCY: PRINCE GEORGES COUNTY POLICE D |

*** REGION COUNTS ***
ACTIVE CLAIMS       1
THEFT/RECOVERIES    1
NTRS
SALVAGES           10
IMPOUNDS
EXPORTS
BAD VINS            7
OTHER

ATLANTIC   7/21/05 ATTN: INSURANCE MANAGER          NATIONAL INSURANCE CRIME BUREAU          PAGE   1          J685-NI0006
GROUP 16 REGION W                                    UNIT HIT INFORMATION

| VIN NUMBER | NICB FILE NUMBER | NICB DATE OF RECORD | REFERENCE NUMBER | NICB RECORD NICB CODE MATCH | NICB INFORMATION |
|---|---|---|---|---|---|
| 1D7HW48N95S245177 | T05130007B8 | 5/07/05 | 16W05HJG489030205 | MD0172100 RECV | AGENCY: PRINCE GEORGES COUNTY POLICE D 301-499-8074 |
| 1D7HW48N95S245177 | I0513603470 | 5/07/05 | 16W05HJG489030205 | MD0172100 IMPOU | AGENCY: PRINCE GEORGES COUNTY POLICE D 301-499-8074 |
| | | | | | IMP LOC: PG TOW COORDINATION UNIT 301-627-6573 |
| | | | | | IMP REF: OS 127 1280 |
| 1D7HW48N95S245177 | NCIC INACTV | 3/26/05 | 16W05HJG489030205 | H01700017 CLAIM | AGENCY: GEICO GENERAL INSURANCE COMPAN |
| 1D7HW48N95S245177 | | 7/20/05 | 16W05HJG489030205 | DCMPD0071 NCIC | AGENCY: METROPOLITAN POLICE DEPARTMENT 202-727-4226 |

*** REGION COUNTS ***
ACTIVE CLAIMS
THEFT/RECOVERIES           1
NTRS/
SALVAGES
IMPOUNDS                   1
EXPORTS
BAD VINS
OTHER                      2

DN10A789

ATLANTIC    7/22/05 ATTN: INSURANCE MANAGER    NATIONAL INSURANCE CRIME BUREAU    PAGE    1    J685-NI0006
GROUP 16 REGION W    UNIT HIT INFORMATION

| VIN NUMBER | NICB FILE NUMBER | NICB DATE OF RECORD | REFERENCE NUMBER | NICB RECORD CODE | NICB RECORD MATCH | NICB INFORMATION |
|---|---|---|---|---|---|---|
| 1D7HW48X35S226971 | T052O001707 | 7/21/05 | 16W05HJH711030705 | M0D172100 | RECV | AGENCY: PRINCE GEORGES COUNTY POLICE D 301-499-8074 |
| 1D7HW48X35S226971 | | 6/17/05 | 16W05HJH711030705 | C04300109 | CLAIM | AGENCY: GEICO INDEMNITY COMPANY |
| 1D7HW48X35S226971 | NCIC INACTV | 7/21/05 | 16W05HJH711030705 | M0D172100 | NCIC | AGENCY: PRINCE GEORGES COUNTY POLICE D 301-499-8074 |

*** REGION COUNTS ***
ACTIVE CLAIMS
THEFT/RECOVERIES          1
NTRS
SALVAGES
IMPOUNDS
EXPORTS
BAD VINS                  2
OTHER

ATLANTIC   7/25/05 ATTN: INSURANCE MANAGER        NATIONAL INSURANCE CRIME BUREAU        PAGE   1        J685-N10006
GROUP 16 REGION W                                  UNIT HIT INFORMATION

| VIN NUMBER | NICB FILE NUMBER | NICB DATE OF RECORD | REFERENCE NUMBER | NICB CODE MATCH | NICB RECORD MATCH | NICB INFORMATION |
|---|---|---|---|---|---|---|
| JA3AJ26E25U032673 | NCIC ACTIVE | 0/00/00 | 16W05HJD902030205 | MD0172100 | NCIC | AGENCY: PRINCE GEORGES COUNTY POLICE D 301-499-8074 |
| 1J4HA58224F226471 | NCIC INACTV | 7/23/05 | 16W04VI125U062304 | MD0172100 | NCIC | AGENCY: PRINCE GEORGES COUNTY POLICE D 301-499-8074 |
| 1D4HA48N24F226471 | NCIC INACTV | 7/22/05 | 16W04VI125406230 | MD0172100 | NCIC | AGENCY: PRINCE GEORGES COUNTY POLICE D 301-499-8074 |
| 2MEFM74W85X628420 | NCIC INACTV | 7/22/05 | 16W04VI125406230 | MD0172100 | IMPOU | AGENCY: PRINCE GEORGES COUNTY POLICE D 301-499-8074 |
| 2MEFM74W85X628420 | I0520004315 | 7/13/05 | 16W05HJB891012405 | MD0172100 | IMPOU | AGENCY: PRINCE GEORGES COUNTY POLICE D 301-499-8074 |
|  |  |  |  |  | IMP REF: | PG TOW COORDINATION UNIT  301-627-6573 |
| 2MEFM74W85X628420 | I0520307571 | 7/18/05 | 16W05HJB991012405 | DCMPD0000 | IMPOU | IMP LOC: METROPOLITAN POLICE DEPARTMENT 202-727-4226 |
|  |  |  |  |  | IMP REF: | 202-678-0199 |
|  |  |  |  |  | IMP LOC: | HAM'S TOWING 126 |
|  |  |  |  |  | IMP REF: | DO507180193 |
|  |  |  |  |  | IMP LOC: | PG TOW COORDINATION UNIT  301-627-6573 |
| 2MEFM74W85X628420 | NCIC INACTV | 7/19/05 | 16W05HJB891012405 | MD0172100 | IMPOU | AGENCY: PRINCE GEORGES COUNTY POLICE D 301-499-8074 |
| 1FAFP55U55A292270 | I0513603671 | 4/11/05 | 16W05HJK575032505 | MD0172100 | IMPOU | AGENCY: PRINCE GEORGES COUNTY POLICE D 301-499-8074 |
|  |  |  |  |  |  | PG TOW COORDINATION UNIT  301-627-6573 |
| 1FAFP55U55A292270 | NCIC INACTV | 7/22/05 | 16W05HJK575032505 | MD0172100 | NCIC | AGENCY: PRINCE GEORGES COUNTY POLICE D 301-499-8074 |
| 1CGG2SVX5SA23492 | NCIC INACTV | 7/23/05 | 16W05HJF655050305 | MD0172100 | NCIC | AGENCY: PRINCE GEORGES COUNTY POLICE D 301-499-8074 |
| 1D4HB48N65F560715 | NCIC ACTIVE | 0/00/00 | 16W05HJD642122104 | MD0172100 | NCIC | AGENCY: PRINCE GEORGES COUNTY POLICE D 301-499-8074 |

*** REGION COUNTS ***
ACTIVE CLAIMS
NTRS
THEFT/RECOVERIES
SALVAGES          3
IMPOUNDS
EXPORTS
BAD VINS          7
OTHER

*(handwritten annotations in right margin, approximate: "DREWOOD OK", "DREWOOD OK - Outside OK", "DREWSR OK", "Inactive - 7/27")*

ATLANTIC   7/26/05  ATTN: INSURANCE MANAGER        NATIONAL INSURANCE CRIME BUREAU         PAGE   1          J685-NI0006
GROUP 16 REGION W                                         UNIT HIT INFORMATION

| VIN NUMBER | NICB FILE NUMBER RECORD | NICB DATE OF RECORD | REFERENCE NUMBER | NICB RECORD MATCH | NICB INFORMATION |
| --- | --- | --- | --- | --- | --- |
| JA3AJ26E25U032673 | NCIC INACTV | 7/25/05 | 16W05HJD90202030205 | MD0172100 NCIC | AGENCY: PRINCE GEORGES COUNTY POLICE D 301-499-8074 |
| 1D4HB48N65F560715 | NCIC INACTV | 7/25/05 | 16W05HJD64212104 | MD0172100 NCIC | AGENCY: PRINCE GEORGES COUNTY POLICE D 301-499-8074 |

*** REGION COUNTS ***
ACTIVE CLAIMS
THEFT/RECOVERIES
NTRS
SALVAGES
IMPOUNDS
EXPORTS
BAD VINS
OTHER                    2

ATLANTA  7/27/05 ATTN: INSURANCE MANAGER  GROUP 16 REGION W

NATIONAL INSURANCE CRIME BUREAU
UNIT HIT INFORMATION

PAGE   1

J685-NIO006

| VIN NUMBER | NICB FILE NUMBER | NICB DATE OF RECORD | REFERENCE NUMBER | NICB RECORD MATCH | NICB INFORMATION |
|---|---|---|---|---|---|
| 3N1CB51D05L551029 | NCIC INACTV | 7/26/05 | 16W05HJH403052605 | MD0172100 NCIC | AGENCY: PRINCE GEORGES COUNTY POLICE D 301-499-8074 |
| 1D4HB48N65F560715 | T0520700482 | 7/25/05 | 16W05HJD642122104 | DCMPD00T1 RECV | AGENCY: METROPOLITAN POLICE DEPARTMENT 202-727-4226 |
| 1D4HB48N65F560715 | | 7/23/05 | 16W05HJD642122104 | A00700187 CLAIM | AGENCY: ALLSTATE INSURANCE COMPANY |
| 1D4HB48N65F560715 | NCIC INACTV | 7/25/05 | 16W05HJD642122104 | MD0172100 NCIC | AGENCY: PRINCE GEORGES COUNTY POLICE D 301-499-8074 |

*** REGION COUNTS ***
ACTIVE CLAIMS
THEFT/RECOVERIES
NTRS                1
SALVAGES
IMPOUNDS
EXPORTS
BAD VINS            3
OTHER

```
ATLANTIC   7/28/05 ATTN: INSURANCE MANAGER          NATIONAL INSURANCE CRIME BUREAU                        PAGE    1        J685-NI0006
GROUP 16 REGION W                                        UNIT HIT INFORMATION

                              NICB                                        NICB
         VIN         NICB    DATE OF                                     RECORD
        NUMBER    FILE NUMBER RECORD    REFERENCE NUMBER   NICB CODE MATCH              NICB INFORMATION

        *******   NO DATA RECEIVED FOR GROUP 16      REGION W   ********


*** REGION COUNTS    ***
ACTIVE CLAIMS
THEFT/RECOVERIES
NTRS
SALVAGES
IMPOUNDS
EXPORTS
BAD VINS
OTHER
```

ATLANTC   7/28/05 ATTN: INSURANCE MANAGER          NATIONAL INSURANCE CRIME BUREAU                              PAGE   1        J685-NI0006
GROUP 16 REGION U                                       UNIT HIT INFORMATION

|                     |                     | NICB              |                  |                          | NICB    |         |         |                                             |
|---------------------|---------------------|-------------------|------------------|--------------------------|---------|---------|---------|---------------------------------------------|
| VIN                 | NICB                | DATE OF           |                  |                          | RECORD  |         |         |                                             |
| NUMBER              | FILE NUMBER         | RECORD            | REFERENCE NUMBER | NICB CODE                | MATCH   |         |         | NICB INFORMATION                            |

1G1JC52F957146432   T0520801276   7/22/05   16U05VI2283080304   G01000071 THEFT   AGENCY: GOVERNMENT EMPLOYERS INSURANCE
1G1JC52F957146432                 7/22/05   16U05VI2283080304   G01000071 CLAIM   AGENCY: GOVERNMENT EMPLOYEES INSURANCE

*** REGION COUNTS ***
ACTIVE CLAIMS       1
THEFT/RECOVERIES
NTRS
SALVAGES
IMPOUNDS
EXPORTS
BAD VINS
OTHER               1

ATLANTIC   7/29/05 ATTN: INSURANCE MANAGER          NATIONAL INSURANCE CRIME BUREAU                    PAGE    1
GROUP 16 REGION W                                        UNIT HIT INFORMATION

                              NICB                                                   NICB
              NICB          DATE OF                                                  RECORD
  VIN       FILE NUMBER     RECORD      REFERENCE NUMBER     NICB CODE MATCH          MATCH          NICB INFORMATION
 NUMBER

        *******  NO DATA RECEIVED FOR GROUP 16    REGION W  ********


*** REGION COUNTS  ***
ACTIVE CLAIMS
THEFT/RECOVERIES
NTRS
SALVAGES
IMPOUNDS
EXPORTS
BAD VINS
OTHER

J685-NI0006

ATLANTIC  8/01/05 ATTN: INSURANCE MANAGER          NATIONAL INSURANCE CRIME BUREAU                    PAGE   1
GROUP 16 REGION W                                        UNIT HIT INFORMATION

J685-NI0006

| VIN NUMBER | NICB FILE NUMBER | NICB DATE OF RECORD | REFERENCE NUMBER | NICB CODE MATCH | NICB RECORD MATCH | NICB INFORMATION |
|---|---|---|---|---|---|---|

******* NO DATA RECEIVED FOR GROUP 16    REGION W  *******

*** REGION COUNTS  ***
ACTIVE CLAIMS
THEFT/RECOVERIES
NTRS
SALVAGES
IMPOUNDS
EXPORTS
BAD VINS
OTHER

08/01/2005 15:03 FAX 3017319556



ATLANTIC  8/01/05 ATTN: INSURANCE MANAGER    NATIONAL INSURANCE CRIME BUREAU    PAGE  1
GROUP 16 REGION Y                                  UNIT HIT INFORMATION

J685-NI0006

| VIN NUMBER | NICB FILE NUMBER | NICB DATE OF RECORD | REFERENCE NUMBER | NICB CODE MATCH | NICB RECORD MATCH | NICB INFORMATION |
|---|---|---|---|---|---|---|
| 1D4HB48N25F502052 | T0520900457 | 7/28/05 | 16Y05VI5811111004 | DCMPD0071 | RECV | AGENCY: METROPOLITAN POLICE DEPARTMENT 202-727-4226 |
| 1D4HB48N25F502052 | I0521007092 | 7/28/05 | 16Y05VI5811111004 | DCMPD0000 | IMPOU | AGENCY: METROPOLITAN POLICE DEPARTMENT 202-727-4226 |
| | | | | | | IMP LOC: A N A TOWING 165  202-347-8989 |
| | | | | | | IMP REF: DO507200004 |
| 1D4HB48N25F502052 | NCIC INACTV | 7/28/05 | 16Y05VI5811111004 | MD0172100 | NCIC | AGENCY: PRINCE GEORGES COUNTY POLICE D 301-499-8074 |
| 1D7HW48N05S231457 | | 6/02/05 | 16Y05HJD503011305 | U01390745 | CLAIM | AGENCY: UNITED SERVICES AUTOMOBILE ASS |
| 1D7HW48N05S231457 | NCIC ACTIVE | 0/00/00 | 16Y05HJD503012305 | MD0172100 | NCIC | AGENCY: PRINCE GEORGES COUNTY POLICE D |
| 1D4HB48N95F560689 | NCIC ACTIVE | 0/00/00 | 16Y05HJD55122304 | MD0172100 | NCIC | AGENCY: PRINCE GEORGES COUNTY POLICE D |
| 1D4HB48N25F563322 | NCIC ACTIVE | 0/00/00 | 16Y05RNF882020205 | MD0172100 | NCIC | AGENCY: PRINCE GEORGES COUNTY POLICE D |

*** REGION COUNTS ***
ACTIVE CLAIMS      1
THEFT/RECOVERIES
NTRS
SALVAGES           1
IMPOUNDS
EXPORTS
BAD VINS           5
OTHER

CAR Deleted/sold

ATLANTIC    8/02/05 ATTN: INSURANCE MANAGER          NATIONAL INSURANCE CRIME BUREAU                          PAGE    1                J685-NI0006
GROUP 16 REGION W                                       UNIT HIT INFORMATION

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
| VIN NUMBER | NICB FILE NUMBER | NICB DATE OF RECORD | REFERENCE NUMBER | NICB CODE | NICB RECORD MATCH | NICB INFORMATION |
| 1GNFK16294J101853 | T0518701877 | 7/06/05 | 16W04VN2071090303 | C04300109 | THEFT | AGENCY: GEICO INDEMNITY COMPANY |
| 1GNFK16294J101853 |  | 7/06/05 | 16W04VN2071090303 | C04300109 | CLAIM | AGENCY: GEICO INDEMNITY COMPANY |
| 1GNFK16294J101853 |  | 6/06/05 | 16W04VN2071090303 | C04300109 | CLAIM | AGENCY: GEICO INDEMNITY COMPANY |
| 1GNFK16294J101853 | NCIC ACTIVE | 0/00/00 | 16W04VN2071090303 | DCMPD0OT1 | NCIC | AGENCY: METROPOLITAN POLICE DEPARTMENT |

*** REGION COUNTS ***
ACTIVE CLAIMS          1
THEFT/RECOVERIES
NTRS
SALVAGES
IMPOUNDS
EXPORTS
BAD VINS
OTHER                  3

J685-NIO006

PAGE   1

ATLANTIC   8/03/05  ATTN: INSURANCE MANAGER          NATIONAL INSURANCE CRIME BUREAU
GROUP 16 REGION W                                      UNIT HIT INFORMATION

| VIN NUMBER | NICB FILE NUMBER | NICB DATE OF RECORD | REFERENCE NUMBER | NICB CODE | NICB RECORD MATCH | NICB INFORMATION |
|---|---|---|---|---|---|---|
| 1D4HB48N25F563322 | T0521402180 | 8/02/05 | 16W05HJF882020205 | DCMPD00T1 | RECV | AGENCY: METROPOLITAN POLICE DEPARTMENT 202-727-4226 |
| 1D4HB48N25F563322 | NCIC INACTV | 8/02/05 | 16W05HJF882020205 | MD0172100 | NCIC | AGENCY: PRINCE GEORGES COUNTY POLICE D 301-499-8074 |
| 1D4HB48N25F563322 | T0521402180 | 8/02/05 | 16W05HJF882020205 | DCMPD00T1 | RECV | AGENCY: METROPOLITAN POLICE DEPARTMENT 202-727-4226 |
| 1D4HB48N25F563322 | NCIC INACTV | 8/02/05 | 16W05HJF882020205 | MD0172100 | NCIC | AGENCY: PRINCE GEORGES COUNTY POLICE D 301-499-8074 |

*** REGION COUNTS ***
ACTIVE CLAIMS
THEFT/RECOVERIES    2
NTRS
SALVAGES
IMPOUNDS
EXPORTS
BAD VINS
OTHER               2

```
ATLANTIC   8/04/05 ATTN: INSURANCE MANAGER        NATIONAL INSURANCE CRIME BUREAU                    PAGE   1              J685-NI0006
GROUP 16 REGION W                                       UNIT HIT INFORMATION

                            NICB                                      NICB
    VIN           NICB      DATE OF                                  RECORD
   NUMBER       FILE NUMBER RECORD   REFERENCE NUMBER   NICB CODE    MATCH        NICB INFORMATION

3N1CB51D84L890832  I0508012404  3/13/05  16W04VN6794011304  MD0172100 IMPOU   AGENCY: PRINCE GEORGES COUNTY POLICE D 301-499-8074
                                                                              IMP LOC: PG TOW COORDINATION UNIT        301-627-6573
                                                                              IMP REF:
3N1CB51D84L890832  NCIC INACTV  8/03/05  16W04VN6794011304  MD0172100 NCIC    AGENCY: PRINCE GEORGES COUNTY POLICE D 301-499-8074

*** REGION COUNTS  ***
ACTIVE CLAIMS
THEFT/RECOVERIES
NTRS
SALVAGES          1
IMPOUNDS
EXPORTS
BAD VINS          1
OTHER
```



CS3574 3/14/04
CAR to
SOLD to
HOONS
MA 10 WKS
HE'D AFTE
Mecte SFT
car SFT
DX1100VCGU

ATLANTIC  8/05/05 ATTN: INSURANCE MANAGER      NATIONAL INSURANCE CRIME BUREAU                    PAGE    1          J685-NI0006
GROUP 16 REGION W                                    UNIT HIT INFORMATION

| VIN NUMBER | NICS FILE NUMBER | NICB DATE OF RECORD | REFERENCE NUMBER | NICS CODE | NICS RECORD MATCH | NICS INFORMATION |
|---|---|---|---|---|---|---|
| 1GNFK16Z94J101853 | T0518701877 | 8/04/05 | 16W04VN2071090303 | DCMPD00T1 | RECV | AGENCY: METROPOLITAN POLICE DEPARTMENT 202-727-4226 |
| 1GNFK16Z94J101853 |  | 7/06/05 | 16W04VN2071090303 | C04300109 | CLAIM | AGENCY: GEICO INDEMNITY COMPANY |
| 1GNFK16Z94J101853 |  | 6/06/05 | 16W04VN2071090303 | C04300109 | CLAIM | AGENCY: GEICO INDEMNITY COMPANY |
| 1GNFK16Z94J101853 | NCIC INACTV | 8/04/05 | 16W04VN2071090303 | DCMPD00T1 | NCIC | AGENCY: METROPOLITAN POLICE DEPARTMENT 202-727-4226 |
| 1GNFK16Z94J101853 | NCIC ACTIVE | 0/00/00 | 16W04VN2071090303 | DCMPD00T1 | NCIC | AGENCY: METROPOLITAN POLICE DEPARTMENT 202-727-4226 |
| 1GNFK16Z94J101853 | T0518701877 | 8/04/05 | 16W04VN2071090303 | DCMPD00T1 | RECV | AGENCY: METROPOLITAN POLICE DEPARTMENT 202-727-4226 |
| 1GNFK16Z94J101853 |  | 7/06/05 | 16W04VN2071090303 | C04300109 | CLAIM | AGENCY: GEICO INDEMNITY COMPANY |
| 1GNFK16Z94J101853 |  | 6/06/05 | 16W04VN2071090303 | C04300109 | CLAIM | AGENCY: GEICO INDEMNITY COMPANY |
| 1GNFK16Z94J101853 | NCIC INACTV | 8/04/05 | 16W04VN2071090303 | DCMPD00T1 | NCIC | AGENCY: METROPOLITAN POLICE DEPARTMENT 202-727-4226 |
| 1GNFK16Z94J101853 | NCIC ACTIVE | 0/00/00 | 16W04VN2071090303 | DCMPD00T1 | NCIC | AGENCY: METROPOLITAN POLICE DEPARTMENT |
| 3N1CB51D84L890832 | I0508012404 | 3/13/05 | 16W04VN6794011304 | MDO172100 | IMPOU | AGENCY: PRINCE GEORGES COUNTY POLICE D 301-499-8074 / 301-627-6573 |
|  |  |  |  |  |  | IMP LOC: PG TOW COORDINATION UNIT |
|  |  |  |  |  |  | IMP REF: |
| 3N1CB51D84L890832 | I0521607663 | 8/03/05 | 16W04VN6794011304 | DCMPD0000 | IMPOU | AGENCY: METROPOLITAN POLICE DEPARTMENT 202-727-4226 |
|  |  |  |  |  |  | IMP LOC: PRECISION AUTOMOTIVE 180   202-832-7600 |
|  |  |  |  |  |  | IMP REF: DO50B030003 |
| 3N1CB51D84L890832 | NCIC INACTV | 8/03/05 | 16W04VN6794011304 | MDO172100 | NCIC | AGENCY: PRINCE GEORGES COUNTY POLICE D 301-499-8074 |

*** REGION COUNTS ***
ACTIVE CLAIMS
THEFT/RECOVERIES     2
NTRS
SALVAGES
IMPOUNDS     2
EXPORTS
BAD VINS
OTHER     9

*DN10559911*
*DN1086 B73*
301-499-8074

ATLANTIC   8/08/05 ATTN: INSURANCE MANAGER          NATIONAL INSURANCE CRIME BUREAU                    PAGE   1              J685-NI0006
GROUP 16 REGION W                                        UNIT HIT INFORMATION

|  |  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|---|
| VIN NUMBER | NICB FILE NUMBER | NICB DATE OF RECORD | REFERENCE NUMBER | NICB CODE | NICB RECORD MATCH | | NICB INFORMATION |
| 1FAFP34N95W274546 | NCIC ACTIVE | 0/00/00 | 16W05HJM369051305 | MD0172100 | NCIC | AGENCY: | PRINCE GEORGES COUNTY POLICE D |
| 4T1BE32K55U041763 | NCIC INACTV | 8/07/05 | 16W05HJB368022405 | MD0172100 | NCIC | AGENCY: | PRINCE GEORGES COUNTY POLICE D |

*** REGION COUNTS ***
ACTIVE CLAIMS
THEFT/RECOVERIES
NTRS
SALVAGES
IMPOUNDS
EXPORTS
BAD VINS
OTHER                    2

```
ATLANTIC  8/08/05 ATTN: INSURANCE MANAGER        NATIONAL INSURANCE CRIME BUREAU                    PAGE   1        J685-NI0006
GROUP 16 REGION W                                     UNIT HIT INFORMATION

                         NICB                                              NICB
         VIN           DATE OF                                            RECORD                      NICB INFORMATION
        NUMBER    FILE NUMBER RECORD     REFERENCE NUMBER    NICB CODE MATCH    MATCH

        ********  NO DATA RECEIVED FOR GROUP 16     REGION W  ********


*** REGION COUNTS  ***
ACTIVE CLAIMS
THEFT/RECOVERIES
NTRS
SALVAGES
IMPOUNDS
EXPORTS
BAD VINS
OTHER
```

ATLANTIC    8/09/05  ATTN: INSURANCE MANAGER        NATIONAL INSURANCE CRIME BUREAU                              PAGE    1
GROUP 16 REGION W                                         UNIT HIT INFORMATION

J685-NI0006

| VIN NUMBER | NICB FILE NUMBER | NICB DATE OF RECORD | REFERENCE NUMBER | NICB CODE | NICB RECORD MATCH | NICB INFORMATION |
|---|---|---|---|---|---|---|
| 1G1JC52F957146432 | T0520801278 | 7/22/05 | 16W05VI2283080304 | G01000071 | THEFT | AGENCY: GOVERNMENT EMPLOYEES INSURANCE |
| 1G1JC52F957146432 | | 7/22/05 | 16W05VI2283080304 | G01000071 | CLAIM | AGENCY: GOVERNMENT EMPLOYEES INSURANCE |
| 1G1JC52F957146432 | NCIC ACTIVE | 0/00/00 | 16W05VI2283080304 | MD0172100 | NCIC | AGENCY: PRINCE GEORGES COUNTY POLICE D |

```
*** REGION COUNTS  ***
ACTIVE CLAIMS        1
THEFT/RECOVERIES
NTRS
SALVAGES
IMPOUNDS
EXPORTS
BAD VINS
OTHER                2
```



ATLANTIC  8/10/05  ATTN: INSURANCE MANAGER          NATIONAL INSURANCE CRIME BUREAU                    PAGE   1                    J685-NI0006
GROUP 16 REGION W                                        UNIT HIT INFORMATION

| VIN NUMBER | NICB FILE NUMBER | NICB DATE OF RECORD | REFERENCE NUMBER | NICB CODE MATCH | NICB RECORD MATCH | NICB INFORMATION |
|---|---|---|---|---|---|---|
| 1D7HW48N95S245177 | T0513000798 | 5/07/05 | 16W05HJG489030205 | MD0172100 | RECV | AGENCY: PRINCE GEORGES COUNTY POLICE D  301-499-8074 |
| 1D7HW48N95S245177 | I0513603470 | 5/07/05 | 16W05HJG489030205 | MD0172100 | IMPOU | AGENCY: PRINCE GEORGES COUNTY POLICE D  301-499-8074 |
| | | | | | | IMP LOC: PG TOW COORDINATION UNIT  301-627-6573 |
| | | | | | | IMP REF: 05 127 1280 |
| 1D7HW48N95S245177 | NCIC INACTV | 3/26/05 | 16W05HJG489030205 | H01700017 | CLAIM | AGENCY: GEICO GENERAL INSURANCE COMPAN |
| 1D7HW48N95S245177 | NCIC ACTIVE | 7/20/05 | 16W05HJG489030205 | DCMPD00T1 | NCIC | AGENCY: METROPOLITAN POLICE DEPARTMENT  202-727-4226 |
| 1D7HW48N95S245177 | | 0/00/00 | 16W05HJG489030205 | MD0172100 | NCIC | AGENCY: PRINCE GEORGES COUNTY POLICE D |

*** REGION COUNTS ***
ACTIVE CLAIMS           1
THEFT/RECOVERIES        1
NTRS
SALVAGES
IMPOUNDS                1
EXPORTS
BAD VINS
OTHER                   3

ATLANTIC  8/11/05 ATTN: INSURANCE MANAGER      NATIONAL INSURANCE CRIME BUREAU                    PAGE    1              J685-NI0006
GROUP 16 REGION W                                   UNIT HIT INFORMATION

| VIN NUMBER | NICB FILE NUMBER | NICB DATE OF RECORD | REFERENCE NUMBER | NICB CODE | NICB RECORD MATCH | NICB INFORMATION |
|---|---|---|---|---|---|---|
| 1D7HW48N95S245177 | T05130007098 | 5/07/05 | 16W05HJG489030205 | MD0172100 | RECV | AGENCY: PRINCE GEORGES COUNTY POLICE D  301-499-8074 |
| 1D7HW48N95S245177 | I05136034700 | 5/07/05 | 16W05HJG489030205 | MD0172100 | IMPOU | AGENCY: PRINCE GEORGES COUNTY POLICE D  301-499-8074 |
|  |  |  |  |  |  | IMP LOC: PG TOW COORDINATION UNIT        301-627-6573 |
|  |  |  |  |  |  | IMP REF: 05 127 1280 |
| 1D7HW48N95S245177 | NCIC INACTV | 3/26/05 | 16W05HJG489030205 | H01700017 | CLAIM | AGENCY: GEICO GENERAL INSURANCE COMPAN |
| 1D7HW48N95S245177 | NCIC INACTV | 7/20/05 | 16W05HJG489030205 | DCMPD00T1 | NCIC | AGENCY: METROPOLITAN POLICE DEPARTMENT  202-727-4226 |
| 1D7HW48N95S245177 | NCIC INACTV | 8/10/05 | 16W05HJG489030205 | MD0172100 | NCIC | AGENCY: PRINCE GEORGES COUNTY POLICE D  301-499-8074 |

*** REGION COUNTS ***
ACTIVE CLAIMS            1
THEFT/RECOVERIES
NTRS
SALVAGES                 1
IMPOUNDS
EXPORTS
BAD VINS
OTHER                    3



ATLANTIC   8/12/05 ATTN: INSURANCE MANAGER          NATIONAL INSURANCE CRIME BUREAU                          PAGE    1           J685-NI0006
GROUP 16 REGION W                                        UNIT HIT INFORMATION

| VIN NUMBER | NICB FILE NUMBER | NICB DATE OF RECORD | REFERENCE NUMBER | NICB CODE | NICB RECORD MATCH | NICB INFORMATION |
|---|---|---|---|---|---|---|
| 1D7HW48N95S245177 | T0513000798 | 5/07/05 | 16W05HJG489030205 | MD0172100 | RECV | AGENCY: PRINCE GEORGES COUNTY POLICE D   301-499-8074 |
| 1D7HW48N95S245177 | T0522301385 | 8/10/05 | 16W05HJG489030205 | DCMPD00T1 | RECV | AGENCY: METROPOLITAN POLICE DEPARTMENT   202-727-4226 |
| 1D7HW48N95S245177 | I0513603470 | 5/07/05 | 16W05HJG489030205 | MD0172100 | IMPOU | AGENCY: PRINCE GEORGES COUNTY POLICE D   301-499-8074 |
| | | | | | | IMP LOC: PG TOW COORDINATION UNIT   301-627-6573 |
| | | | | | | IMP REF: 05 127 1280 |
| 1D7HW48N95S245177 | | 3/26/05 | 16W05HJG489030205 | H01700017 | CLAIM | AGENCY: GEICO GENERAL INSURANCE COMPAN |
| 1D7HW48N95S245177 | | 8/08/05 | 16W05HJG489030205 | H01700017 | CLAIM | AGENCY: GEICO GENERAL INSURANCE COMPAN |
| 1D7HW48N95S245177 | NCIC INACTV | 7/20/05 | 16W05HJG489030205 | DCMPD00T1 | NCIC | AGENCY: METROPOLITAN POLICE DEPARTMENT   202-727-4226 |
| 1D7HW48N95S245177 | NCIC INACTV | 8/10/05 | 16W05HJG489030205 | MD0172100 | NCIC | AGENCY: PRINCE GEORGES COUNTY POLICE D   301-499-8074 |

*** REGION COUNTS ***
ACTIVE CLAIMS
THEFT/RECOVERIES      2
NTRS
SALVAGES              1
IMPOUNDS
EXPORTS
BAD VINS              4
OTHER

```
ATLANTA   8/15/05 ATTN: INSURANCE MANAGER        NATIONAL INSURANCE CRIME BUREAU                    PAGE    1        J685-NI0006
GROUP 16 REGION W                                      UNIT HIT INFORMATION

                                                                        NICB
                        NICB                                          RECORD
  VIN           NICB     DATE OF                                      RECORD
  NUMBER    FILE NUMBER RECORD     REFERENCE NUMBER    NICB CODE MATCH  MATCH       NICB INFORMATION

    *******  NO DATA RECEIVED FOR GROUP 16    REGION W  *******


*** REGION COUNTS  ***
ACTIVE CLAIMS
THEFT/RECOVERIES
NTRS
SALVAGES
IMPOUNDS
EXPORTS
BAD VINS
OTHER
```

ATLANTIC   8/16/05 ATTN: INSURANCE MANAGER          NATIONAL INSURANCE CRIME BUREAU                          PAGE   1          J685-NI0006
GROUP 16 REGION W                                          UNIT HIT INFORMATION

|  |  |  |  |  |  | NICB |  |
| VIN | NICB | NICB DATE OF |  |  | NICB RECORD |  |  |
| NUMBER | FILE NUMBER | RECORD | REFERENCE NUMBER | NICB CODE | MATCH | NICB INFORMATION |  |

1FAFP34N95W274546  NCIC INACTV  8/15/05  16W05HJM369051305      MD0172100 NCIC     AGENCY: PRINCE GEORGES COUNTY POLICE D 301-499-8074



*** REGION COUNTS ***
ACTIVE CLAIMS
THEFT/RECOVERIES
NTRS
SALVAGES
IMPOUNDS
EXPORTS
BAD VINS               1
OTHER

J685-NI0006

```
ATLANTIC  8/17/05 ATTN: INSURANCE MANAGER      NATIONAL INSURANCE CRIME BUREAU                    PAGE    1
GROUP 16 REGION W                                   UNIT HIT INFORMATION

                                                                    NICB
         VIN         NICB       DATE OF                            RECORD
        NUMBER    FILE NUMBER   RECORD    REFERENCE NUMBER   NICB CODE MATCH        NICB INFORMATION

1D4HB48N94F226483 NCIC ACTIVE  0/00/00  16W04V1238061004   MD0172100 NCIC   AGENCY: PRINCE GEORGES COUNTY POLICE D

*** REGION COUNTS ***
ACTIVE CLAIMS
THEFT/RECOVERIES
NITRS
SALVAGES
IMPOUNDS
EXPORTS
BAD VINS              1
OTHER
```

DN6077PP6

J685-NI0006

PAGE   1

ATLANTA  8/18/05 ATTN: INSURANCE MANAGER          NATIONAL INSURANCE CRIME BUREAU
GROUP 16 REGION W                                        UNIT HIT INFORMATION

| VIN NUMBER | NICB FILE NUMBER | NICB DATE OF RECORD | REFERENCE NUMBER | NICB CODE MATCH | NICB RECORD MATCH | NICB INFORMATION |
|---|---|---|---|---|---|---|

******* NO DATA RECEIVED FOR GROUP 16   REGION W *******

*** REGION COUNTS ***
ACTIVE CLAIMS
THEFT/RECOVERIES
NTRS
SALVAGES
IMPOUNDS
EXPORTS
BAD VINS
OTHER

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| HJC9355 DR | 1694 | 1D4HB48NX5F567487 | STOLEN PLATE MD017210I | 2005 | DODG | DURA | 02/22/2005 | GP16 | 08/02/2005 |
| V741083 DR Y | 1629 | 1GCFG15X651117567 | STOLEN VEHICLE DCMPD00TI | 2005 | CHEV | E15C | 09/14/2004 | GP16 | 07/23/2005 |
| 19P4362 | 16YY | 1G1ND52F25M098517 | STOLEN VEHICLE MD017210I | 2005 | CHEV | CLAS | 03/25/2005 | GP16 | 04/08/2005 |
| 5AKC60 UC Y | 16YY | KNAGD126345307646 | STOLEN VEHICLE DCMPD00TI | 2004 | KIA | OPTI | 02/15/2005 | GP16 | 05/25/2005 |
| HJ6B84 UC Y | | 067513 | | | | | 5/25/2005 | | |
| JGN1193 | | | | | | | | | |

ATLANTIC    16    W    08/18/2005    15:25:11    PAGE J659/FBI003

ENTERPRISE RENT-A-CAR    ATTENTION - LOSS CONTROL DEPARTMENT

VEHICLES ON THE HOT SHEET

| UNIT # / PLATE | UC | RGN | GPBR/DRLOC | SERIAL NUMBER / CASE NUMBER | REASON SUBMITTING AGENCY | YR | MAKE | MODEL | IN-SERV DATE ENTERED | CUST # | DATE OF EVENT |
|---|---|---|---|---|---|---|---|---|---|---|---|
| HU32111 | LU | L | 1693 | 1FTSE34L0YHA29866 | STOLEN VEHICLE MD0160400 | 2000 | FORD | ECON | 03/01/2000 | R11319A | 06/30/2005 |
| H25H288 / H20H3H6 / M432181 | LU | L | 1693 | 1GAHG39R651104675 / 033367734 | STOLEN VEHICLE MD0112208 MD0112200 | 2001 | CHEV | E35P | 07/01/2005 12/02/2003 | 214364 | 11/28/2003 |
| HJB974 | DR | U | 1624 | 1D4HB48N6S5549777 | STOLEN VEHICLE MD0172100 | 2005 | DODG | DURA | 12/10/2004 | GP16YY | 08/14/2005 |
| H35M940 | DR | U | 1668 | 2GCEK13T7S1095263 | STOLEN VEHICLE DCMPD00TI | 2005 | CHEV | S15C | 07/28/2005 | GP16 | 07/18/2005 |
| VJND3644 / NFR195 | DR | U | 164R | JA3AJ26E54063771 / 103349 | STOLEN VEHICLE DCMPD00TI | 2004 | MITS | LANC | 06/09/2004 9/13/2005 | GP16 | 08/12/2005 |
| VI1161 / 285M891 / VJDVI604 | DR | V | 163M 1619 | 1D4GP24R55B184588 / 20050030(4)6 / 1N4AL11D65C288658 | STOLEN VEHICLE VA0290200 DCMPD00TI | 2005 2005 | DODG NISS | GCAR ALTI | 06/22/2004 01/10/2005 | GP16YY GP16 | 06/07/2005 08/08/2005 |
| HJB432 / LNR596 | DR | W | 165N 162T | 3GZJB12F9S5149615 / 052060525 | STOLEN VEHICLE MD0172100 MD0172100 | 2005 2005 | PONT FORD | SUNF ESCA | 11/30/2004 01/25/2005 | GP16 GP16 | 07/24/2005 06/18/2005 |
| 45BM363 | DR | W | 161A | 1FMYU93125UC21103 | STOLEN PLATE MD0172100 | 2005 | JEEP | GCHE | 01/21/2005 | GP16 | 05/11/2005 |
| HJF592 / HJM403 | DR | W | 165J 1640 | 1J4GR48K85C592271 / 3N1CB51D05L551029 | STOLEN PLATE MD0172100 | 2005 2005 | NISN FORD | SENT FOCU | 05/12/2005 5/6/2005 | GP16 GP16 | 07/14/2005 08/05/2005 |
| 3AVP31 / 83AV93 | DR | W | 163J 164V | 1FAFP34N5S0210044? / 051990468 | STOLEN VEHICLE MD0172100 | 2005 | FORD | FOCU | 05/19/2005 | GP16 | 08/11/2005 |
| HJM384 / HJM389 | DR | W | 161A | 1FAFP34N5W274561 / 210961 | STOLEN PLATE MD0172100 | 2005 | DODG | NEON | 05/04/2005 07/15/2005 | GP16 | 07/15/2005 |
| HJM722 / VJ2B506 | DR | W | 161A | 1B3ES56CX5D214817 | STOLEN VEHICLE MD0172100 | 2005 | CHEV | CAVA | 08/08/2005 | GP16 | 07/22/2005 |
| VJNR7957 / 7AVR01 | DR | W | 161A 1669 | 1G1JC52F95Y160260 / 071962600947 | STOLEN VEHICLE MD0172100 | 2005 | CHEV | AVEO | 01/05/2005 03/06/2005 | GP16 | 04/22/2005 |
| VI3860 / VN67948 | DR | W | 16WW | K1TD526833346638 / JM1BK12F35127458 0 | USED IN FELONY MD0160400 | 2005 2004 | MAZD NISN | 3 SENT | 08/04/2005 08/04/2005 | GP16 GP16 | 08/04/2005 07/08/2005 |
| JQ91294 / 5BP204 | UC | W | 16WW | 3N1CB51D95L990012 / 1D7HW48N25J510240 | STOLEN VEHICLE MD0172100 MD0172100 | 2005 2005 | NISN DODG | SENT DAKQ | 08/01/2005 06/19/2005 | GP16YY GP16 | 07/30/2005 06/07/2005 |
| HJ9470 / HV4594 | UC | W | 16WW | 1D4HB48N15J567040 / 1FAFP33P3XW113332 / 042400672 | STOLEN VEHICLE MD0172100 | 2005 2001 | DODG FORD | DURA FOCU | 03/04/2005 8/27/2004 | GP16 GP16 | 06/07/2005 08/27/2002 |
| VI8139 / VI8210 / WMZ073 | UC | X | 16XX | 5N1BV28U45N114781 / KNAGD126X55586113 / 050502088 | STOLEN PLATE STOLEN VEHICLE GA0250300 | 2005 2005 | NISN KIA | QUES OPTI | 01/18/2005 6/03/2005 | GP16 GP16 | 07/05/2005 05/02/2005 |

(handwritten annotations in right margin:)
DX1L5NC0CW
DXM55I49
DM14C01
DN104CBX1
DN1C359110
DN1C4N519 — ACTIVE N
DN1C4N517 — ACTIVE N
DN101A9 — ACTIVE N
BULA41TA5N
DULA41TA53
DULA4TA53
DN1L6V6C0
DN1L6V6C4
DNA30HNB
DN1C36BD3N
7DN181B31  HN4549
WHY STILL ON LIST

(handwritten annotations at bottom left:)
HSM38A
(A) REPORTED 8/10
RECOVERED 8/15
RESTD 9/8

ATLANTIC    8/19/05 ATTN: INSURANCE MANAGER         NATIONAL INSURANCE CRIME BUREAU                          PAGE    1
GROUP 16 REGION Y                                        UNIT RIT INFORMATION

                                        NICB
                                        DATE OF                              NICB
       VIN           NICB               RECORD                              RECORD
      NUMBER      FILE NUMBER RECORD   REFERENCE NUMBER    NICB CODE MATCH        NICB INFORMATION

1D7HW48N45S238234  T0522901233 8/15/05 16V05HJH694022305   P13792878 THEFT  AGENCY: PROGRESSIVE GROUP OF INSURANCE

*** REGION COUNTS ***
ACTIVE CLAIMS      1
THEFT/RECOVERIES
NTRS
SALVAGES
IMPOUNDS
EXPORTS
BAD VINS
OTHER

DX1640 B24
Mww
30r 352 2483
Fred

J685-NI0006

ATLANTIC   8/19/05 ATTN: INSURANCE MANAGER          NATIONAL INSURANCE CRIME BUREAU                    PAGE    1          J685-NIO006
GROUP 16 REGION W                                        UNIT HIT INFORMATION

                         NICB                                         NICB
        VIN          NICB        DATE OF                             RECORD
      NUMBER     FILE NUMBER RECORD    REFERENCE NUMBER   NICB CODE  MATCH          NICB INFORMATION

      *******   NO DATA RECEIVED FOR GROUP 16    REGION W    *******


*** REGION COUNTS  ***
ACTIVE CLAIMS
THEFT/RECOVERIES
NTRS
SALVAGES
IMPOUNDS
EXPORTS
BAD VINS
OTHER



ATLANTIC   8/22/05  ATTN: INSURANCE MANAGER          NATIONAL INSURANCE CRIME BUREAU                           PAGE    1          J685-NI0006
GROUP 16 REGION W                                         UNIT HIT INFORMATION

```
                                      NICB                                            NICB
    VIN           NICB      DATE OF                                                   RECORD
   NUMBER      FILE NUMBER  RECORD    REFERENCE NUMBER     NICB CODE  MATCH          NICB INFORMATION

1D4HB48N05F567059  E0523104490  8/23/05  16W05HJG461021005  VAUSC0480  EXPOR  AGENCY: US CUSTOMS SERVICE          PHO-NE -N/A.
1D4HB48N05F567059  NCIC INACTV  4/17/05  16W05HJG461021005  MD0172100  NCIC   AGENCY: PRINCE GEORGES COUNTY POLICE D  301-499-8074
2G1WF52E559331743  NCIC INACTV  8/20/05  16W05HJK644031705  MD0172100  NCIC   AGENCY: PRINCE GEORGES COUNTY POLICE D  301-499-8074
2G1WF52E559331743  NCIC INACTV  8/20/05  16W05HJK644031705  MD0172100  NCIC   AGENCY: PRINCE GEORGES COUNTY POLICE D  301-499-8074
```

*** REGION COUNTS ***
ACTIVE CLAIMS
THEFT/RECOVERIES
NTRS
SALVAGES
IMPOUNDS
EXPORTS            1
BAD VINS           3
OTHER

DN03LA34 CAR SOLD



```
ATLANTIC  8/23/05 ATTN: INSURANCE MANAGER        NATIONAL INSURANCE CRIME BUREAU                    PAGE    1                J685-NI0006
GROUP 16 REGION W                                     UNIT HIT INFORMATION

                                NICB                                      NICB
     VIN            NICB        DATE OF                       NICB       RECORD
    NUMBER      FILE NUMBER     RECORD    REFERENCE NUMBER   CODE        MATCH              NICB INFORMATION

1D7HW48N05S231457  T0523401628  8/01/05  16W05HJD503011305  MD0172100   RECV    AGENCY: PRINCE GEORGES COUNTY POLICE D 301-499-8074
1D7HW48N05S231457  I0522402920  8/01/05  16W05HJD503011305  MD0172100   IMPOU   AGENCY: PRINCE GEORGES COUNTY POLICE D 301-499-8074
                                                                                IMP LOC: PG TOW COORDINATION UNIT        301-627-6573
                                                                                IMP REF: 05 213 0060
1D7HW48N05S231457               7/30/05  16W05HJD503011305  G01000071   CLAIM   AGENCY: GOVERNMENT EMPLOYEES INSURANCE
1D7HW48N05S231457               6/02/05  16W05HJD503011305  U01300745   CLAIM   AGENCY: UNITED SERVICES AUTOMOBILE ASS
1D7HW48N05S231457               8/01/05  16W05HJD503011305  MD0172100   NCIC    AGENCY: PRINCE GEORGES COUNTY POLICE D 301-499-8074
2C4GP54123R449602  NCIC INACTV  0/00/00  16W05HJG694032105              BADVI   AGENCY:

*** REGION COUNTS ***
ACTIVE CLAIMS       1
THEFT/RECOVERIES
NTRS
SALVAGES
IMPOUNDS            1
EXPORTS
BAD VINS
OTHER               4
```



ATLANTIC  8/24/05 ATTN: INSURANCE MANAGER          NATIONAL INSURANCE CRIME BUREAU                    PAGE   1                    J685-NI0006
GROUP 16 REGION W                                        UNIT HIT INFORMATION

| VIN NUMBER | NICB FILE NUMBER | NICB DATE OF RECORD | REFERENCE NUMBER | NICB CODE | NICB RECORD MATCH | NICB INFORMATION |
|---|---|---|---|---|---|---|
| 3FAFP13P81R207747 | T0135800937 | 4/01/02 | 16W01HX8691042101 | MDMSP5600 | RECV | AGENCY: MSP FORESTVILLE                         301-568-8101 |
| 3FAFP13P81R207747 | S0523513720 | 12/24/01 | 16W01HX8691042101 | P13791000 | SALVA | AGENCY: PROGRESSIVE GROUP OF INSURANCE |
| 3FAFP13P81R207747 | NCIC INACTV | 4/01/02 | 16W01HX8691042101 | MD0172100 | NCIC | AGENCY: PRINCE GEORGES COUNTY POLICE D  301-499-8074 |
| 3FAFP13P41R220723 | T0306601012 | 5/01/03 | 16W01HX7899060901 | MD0172100 | RECV | AGENCY: PRINCE GEORGES COUNTY POLICE D  301-499-8074 |
| 3FAFP13P41R220723 | S0523524240 | 3/05/03 | 16W01HX7899060901 | P13791000 | SALVA | AGENCY: PROGRESSIVE GROUP OF INSURANCE |
| 3FAFP13P41R220723 | I0314604615 | 5/07/03 | 16W01HX7899060901 | MD0172100 | IMPOU | AGENCY: PRINCE GEORGES COUNTY POLICE D  301-499-8074 |
|  |  |  |  |  |  | IMP LOC: PG TOW COORDINATION UNIT       301-627-6573 |
|  |  |  |  |  |  | IMP REF: 03 127 0927 |
| 3FAFP13P41R220723 | NCIC INACTV | 5/01/03 | 16W01HX7899060901 | MD0172100 | NCIC | AGENCY: PRINCE GEORGES COUNTY POLICE D  301-499-8074 |
| 3FAFP13P41R220723 | NCIC INACTV | 5/07/03 | 16W01HX7899060901 | MD0172100 | NCIC | AGENCY: PRINCE GEORGES COUNTY POLICE D  301-499-8074 |
| 2G1WB55K069116443 |  | 0/00/00 | 16W06HJS113082205 |  | BADVI | AGENCY: |

*** REGION COUNTS ***
ACTIVE CLAIMS
THEFT/RECOVERIES    2
NTRS
SALVAGES            2
IMPOUNDS            1
EXPORTS
BAD VINS
OTHER               4



J685-NI0006

ATLANTIC  8/25/05 ATTN: INSURANCE MANAGER          NATIONAL INSURANCE CRIME BUREAU                          PAGE      1
GROUP 16 REGION W                                        UNIT HIT INFORMATION

| VIN NUMBER | NICB FILE NUMBER | NICB DATE OF RECORD | REFERENCE NUMBER | NICB CODE | NICB RECORD MATCH | NICB INFORMATION |
|---|---|---|---|---|---|---|
| 1G4HP52K534201704 | S052361323 | 11/01/04 | 16W03VN3046060503 | P13791000 | SALVA AGENCY: | PROGRESSIVE GROUP OF INSURANCE |
| 1G4HP52K534201704 | NCIC INACTV | 5/25/05 | 16W03VN3046060503 | MD0172100 | NCIC AGENCY: | PRINCE GEORGES COUNTY POLICE D  301-499-8074 |
| 1D7HW48N35S236118 | NCIC ACTIVE | 0/00/00 | 16W05HJH714030705 | MD0090000 | NCIC AGENCY: | SHERIFF'S OFFICE CHARLES COUNT |
| 3G2JB12F95S149615 | NCIC INACTV | 8/24/05 | 16W05HJB432113004 | MD0172100 | NCIC AGENCY: | PRINCE GEORGES COUNTY POLICE D  301-499-8074 |
| 2G1WB55K169118332 |  | 0/00/00 | 16W06HJS314082305 |  | BADVI AGENCY: |  |
| 2G1WB55K169118451 |  | 0/00/00 | 16W06HJS315082305 |  | BADVI AGENCY: |  |
| 2G1WB55K369114124 |  | 0/00/00 | 16W06HJS103082305 |  | BADVI AGENCY: |  |

*** REGION COUNTS ***
ACTIVE CLAIMS
THEFT/RECOVERIES
NTRS
SALVAGES            1
IMPOUNDS
EXPORTS
BAD VINS
OTHER               6

```
ATLANTIC   8/26/05 ATTN: INSURANCE MANAGER      NATIONAL INSURANCE CRIME BUREAU           PAGE    1           J685-N100
GROUP 16 REGION W                                     UNIT HIT INFORMATION


                              NICB                                          NICB
         VIN            NICB   DATE OF                                     RECORD
       NUMBER      FILE NUMBER RECORD   REFERENCE NUMBER   NICB CODE MATCH         NICB INFORMATION



            *******  NO DATA RECEIVED FOR GROUP 16    REGION W  *******


   *** REGION COUNTS  ***
   ACTIVE CLAIMS
   THEFT/RECOVERIES
   NTRS
   SALVAGES
   IMPOUNDS
   EXPORTS
   BAD VINS
   OTHER
```

ATLANTIC    8/26/05 ATT: INSURANCE MANAGER    NATIONAL INSURANCE CRIME BUREAU    PAGE    1    J685-N100
GROUP 16 REGION W                            UNIT HIT INFORMATION

DX613277

| VIN NUMBER | NICB FILE NUMBER | NICB DATE OF RECORD | REFERENCE NUMBER | NICB CODE | NICB RECORD MATCH | NICB INFORMATION |
|---|---|---|---|---|---|---|
| 1D7HW48N35S236118 | NCIC INACTV | 8/25/05 | 16W05HJH714030705 | MD0090000 | NCIC | AGENCY: SHERIFF'S OFFICE CHARLES COUNT 301-870-323 |
| 1GNDV23L86D116913 | | 0/00/00 | 16W06HJT848082405 | | BADVI | AGENCY: NCS |
| 3GNDA13D765504492 | | 0/00/00 | 16W06HJX082081905 | | BADVI | AGENCY: |

*** REGION COUNTS ***
ACTIVE CLAIMS
THEFT/RECOVERIES
NTRS
SALVAGES
IMPOUNDS
EXPORTS
BAD VINS
OTHER                  3

```
ATLANTIC   8/29/05 ATTN: INSURANCE MANAGER        NATIONAL INSURANCE CRIME BUREAU        PAGE    1
GROUP 16 REGION W                                 UNIT HIT INFORMATION

                  NICB                                                      NICB
      VIN       DATE OF                                                    RECORD
    NUMBER   FILE NUMBER RECORD   REFERENCE NUMBER        NICB CODE MATCH            NICB INFORMATION

        *******  NO DATA RECEIVED FOR GROUP 16   REGION W   *******


*** REGION COUNTS ***
ACTIVE CLAIMS
THEFT/RECOVERIES
NTRS
SALVAGES
IMPOUNDS
EXPORTS
BAD VINS
OTHER
```

J685-NI0006

DN0547063

ATLANTIC   8/30/05 ATTN: INSURANCE MANAGER          NATIONAL INSURANCE CRIME BUREAU                                    PAGE    1
GROUP 16 REGION W                                          UNIT HIT INFORMATION                                                          J685-NI0006

| VIN NUMBER | NICB FILE NUMBER | NICB DATE OF RECORD | REFERENCE NUMBER | NICB CODE | NICB RECORD MATCH | NICB INFORMATION |
|---|---|---|---|---|---|---|
| 1J4GL48K85W616899 | T0524101649 | 8/27/05 | 16W05HJF606011705 | P13792878 | THEFT | AGENCY: PROGRESSIVE GROUP OF INSURANCE |
| 1J4GL48K85W616899 | | 5/25/05 | 16W05HJF606011705 | C11600002 | CLAIM | AGENCY: GEICO CASUALTY COMPANY |

*** REGION COUNTS ***
ACTIVE CLAIMS       1
THEFT/RECOVERIES
NTRS
SALVAGES
IMPOUNDS
EXPORTS
BAD VINS
OTHER            1

ATLANTIC   8/31/05 ATTN: INSURANCE MANAGER         NATIONAL INSURANCE CRIME BUREAU                    PAGE    1          J685-NI0006
GROUP 16 REGION W                                       UNIT HIT INFORMATION

                        NICB                            NICB
        VIN          DATE OF                           RECORD
       NUMBER    FILE NUMBER RECORD  REFERENCE NUMBER  NICB CODE MATCH      NICB INFORMATION

       ********  NO DATA RECEIVED FOR GROUP 16    REGION W   ********

*** REGION COUNTS ***
ACTIVE CLAIMS
THEFT/RECOVERIES
NTRS
SALVAGES
IMPOUNDS
EXPORTS
BAD VINS
OTHER

ATLANTIC    9/01/05 ATTN: INSURANCE MANAGER      NATIONAL INSURANCE CRIME BUREAU                        PAGE    1                    J685-NI00
GROUP 16 REGION W                                       UNIT HIT INFORMATION

```
                            NICB                                                      NICB
           VIN              DATE OF                                                   RECORD
         NUMBER      FILE NUMBER  RECORD    REFERENCE NUMBER    NICB CODE  MATCH          NICB INFORMATION
                     NICB
```

            ******* NO DATA RECEIVED FOR GROUP 16    REGION W *******


*** REGION COUNTS ***
ACTIVE CLAIMS
THEFT/RECOVERIES
NTRS
SALVAGES
IMPOUNDS
EXPORTS
BAD VINS
OTHER

J685-NI0006

PAGE    1

NICB INFORMATION

NATIONAL INSURANCE CRIME BUREAU
UNIT HIT INFORMATION

ATLANTIC    9/02/05 ATTN: INSURANCE MANAGER
GROUP 16 REGION W

| VIN NUMBER | NICB FILE NUMBER | NICB DATE OF RECORD | REFERENCE NUMBER | NICB CODE MATCH | NICB RECORD MATCH |
|---|---|---|---|---|---|

******* NO DATA RECEIVED FOR GROUP 16 REGION W *******

*** REGION COUNTS ***
ACTIVE CLAIMS
THEFT/RECOVERIES
NTRS
SALVAGES
IMPOUNDS
EXPORTS
BAD VINS
OTHER

```
ATLANTIC  9/02/05 ATTN: INSURANCE MANAGER        NATIONAL INSURANCE CRIME BUREAU              PAGE   1
GROUP 16 REGION W                                     UNIT HIT INFORMATION

                                                                                                              J685-NI0006
                               NICB                               NICB
          VIN          NICB   DATE OF                            RECORD
         NUMBER    FILE NUMBER RECORD  REFERENCE NUMBER    NICB CODE MATCH              NICB INFORMATION


         *******  NO DATA RECEIVED FOR GROUP 16   REGION W  *******



*** REGION COUNTS  ***
ACTIVE CLAIMS
THEFT/RECOVERIES
NTRS
SALVAGES
IMPOUNDS
EXPORTS
BAD VINS
OTHER
```

J685-NI0006

ATLANTIC   9/05/05  ATTN: INSURANCE MANAGER          NATIONAL INSURANCE CRIME BUREAU                              PAGE   1
GROUP 16 REGION W                                          UNIT HIT INFORMATION

```
                       NICB                                    NICB
       VIN      NICB    DATE OF                                RECORD
     NUMBER  FILE NUMBER RECORD   REFERENCE NUMBER  NICB CODE MATCH   NICB INFORMATION
```

       *******  NO DATA RECEIVED FOR GROUP 16   REGION W  *******


*** REGION COUNTS ***
ACTIVE CLAIMS
THEFT/RECOVERIES
NTRS
SALVAGES
IMPOUNDS
EXPORTS
BAD VINS
OTHER

Case 1:06-cv-01579-PLF    Document 3-5    Filed 02/08/2007    Page 57 of 64

ATLANTI   9/06/05 ATTN: INSURANCE MANAGER        NATIONAL INSURANCE CRI. JUREAU                    PAGE   3                    J685-NI0006
GROUP 16 REGION W                                       UNIT HIT INFORMATION

| VIN NUMBER | NICB FILE NUMBER | NICB DATE OF RECORD | REFERENCE NUMBER | NICB CODE | NICB RECORD MATCH | NICB INFORMATION | |
|---|---|---|---|---|---|---|---|
| 1G1JC52F457146404 | I0524802299 | 8/20/05 | 16W05VI186608I004 | MD0172100 | IMPOU | IMP REF: / AGENCY: PRINCE GEORGES COUNTY POLICE D / PG TOW COORDINATION UNIT / IMP LOC: / IMP REF: | 301-499-8074 / 301-627-6573 |
| 1G1JC52F847318318 | I0435504556 | 12/09/04 | 16W04VS571703260 4 | MD0172100 | IMPOU | AGENCY: PRINCE GEORGES COUNTY POLICE D / PG TOW COORDINATION UNIT / IMP LOC: / IMP REF: | 301-499-8074 / 301-627-6573 |
| 1G1JC52F847318318 | I0524802302 | 8/14/05 | 16W04VS717032604 | MD0172100 | IMPOU | IMP REF: 05 226 0590 / AGENCY: PRINCE GEORGES COUNTY POLICE D / PG TOW COORDINATION UNIT / IMP LOC: / IMP REF: | 301-499-8074 / 301-627-6573 |
| 1G1JC52F847318318 | | 8/06/04 | 16W04VS717032604 | H05999995 | CLAIM | AGENCY: PROGRESSIVE HALCYON INSURANCE | |
| 1GNDT13S95Z104971 | I0524802972 | 8/15/05 | 16W05VI650080604 | MD0172100 | IMPOU | AGENCY: PRINCE GEORGES COUNTY POLICE / PG TOW COORDINATION UNIT / IMP REF: | 301-499-8074 / 301-627-6573 |
| 2G1WF52E559331743 | I0524804210 | 8/20/05 | 16W05HJK644031705 | MD0172100 | IMPOU | IMP REF: 05 232 1264 / AGENCY: PRINCE GEORGES COUNTY POLICE / PG TOW COORDINATION UNIT / IMP LOC: / IMP REF: | 301-499-8074 / 301-627-6573 |
| 2G1WF52E559331743 | NCIC INACTV | 8/20/05 | 16W05HJK644031705 | MD0172100 | NCIC | AGENCY: PRINCE GEORGES COUNTY POLICE / PG TOW COORDINATION UNIT | 301-499-8074 / 301-627-6573 |
| 5Y2SL63805245I503 | I0524805062 | 8/31/05 | 16W05HJG853022205 | MD0172100 | IMPOU | IMP REF: 05 243 1127 / AGENCY: PRINCE GEORGES COUNTY POLICE / PG TOW COORDINATION UNIT / IMP LOC: / IMP REF: | 301-499-8074 / 301-627-6573 |
| YV1RS61225248396 8 | I0524806108 | 8/25/05 | 16W05HJ723052605 | MD0172100 | IMPOU | AGENCY: PRINCE GEORGES COUNTY POLICE / PG TOW COORDINATION UNIT / IMP REF: | 301-499-8074 / 301-627-6573 |
| 1B3EL46X25N651148 | I0524801401 | 8/28/05 | 16W05HJM494050905 | MD0172100 | IMPOU | AGENCY: PRINCE GEORGES COUNTY POLICE D / PG TOW COORDINATION UNIT / IMP LOC: / IMP REF: | 301-499-8074 / 301-627-6573 |
| 1B3ES26C75D224476 | I0524801412 | 8/31/05 | 16W05HJM839060605 | MD0172100 | IMPOU | IMP REF: / AGENCY: PRINCE GEORGES COUNTY POLICE D / PG TOW COORDINATION UNIT / IMP REF: | 301-499-8074 / 301-627-6573 |
| 1D7HU18N25S265274 | I0524801613 | 8/27/05 | 16W05HJG701032105 | MD0171500 | IMPOU | IMP REF: 05 2694 / AGENCY: HYATTSVILLE POLICE DEPARTMENT / PG TOW COORDINATION UNIT / IMP LOC: | 301-985-5060 / 301-627-6573 |
| 1FAFP34N95W274546 | I0524801681 | 8/15/05 | 16W05HJM369051305 | MD0172100 | IMPOU | IMP REF: 05 227 0448 / AGENCY: PRINCE GEORGES COUNTY POLICE / PG TOW COORDINATION UNIT / IMP LOC: | 301-499-8074 / 301-627-6573 |
| 1FAFP34N95W274546 | NCIC INACTV | 8/15/05 | 16W05HJM369051305 | MD0172100 | NCIC | AGENCY: PRINCE GEORGES COUNTY POLICE D | 301-499-8074 |

*** REGION COUNTS ***
ACTIVE CLAIMS
THEFT/RECOVERIES
NTRS
SALVAGES
IMPOUNDS         45
EXPORTS
BAD VINS         10
OTHER

ATLANTI.   9/06/05  ATTN: INSURANCE MANAGER          NATIONAL INSURANCE CRI.   ...UREAU                    PAGE   2          J685-NI0006
GROUP 16 REGION W                                    UNIT HIT INFORMATION

| VIN NUMBER | NICB FILE NUMBER | NICB DATE OF RECORD | REFERENCE NUMBER | NICB CODE | NICB RECORD MATCH | NICB INFORMATION | PHONE |
|---|---|---|---|---|---|---|---|
| 2G2WP522751180269 | IO524804501 | 8/12/05 | 16W05VI8839102004 | G01000071 | CLAIM | IMP REF: 05 2547 — AGENCY: GOVERNMENT EMPLOYEES INSURANCE | 301-499-8074 D |
| 2T1BR32E14C1B3462 | | 8/13/05 | 16W04VM1836070803 | MD0172100 | IMPOU | AGENCY: PRINCE GEORGES COUNTY POLICE D — IMP LOC: PG TOW COORDINATION UNIT | 301-627-6573 |
| 2T1BR32E45C4225646 | NCIC INACTV / IO524804508 | 8/13/05 / 8/25/05 | 16W04VM1836070803 / 16W05VI9355011705 | MD0172100 | NCIC / IMPOU | IMP REF: 05 225 0853 — AGENCY: PRINCE GEORGES COUNTY POLICE D — IMP LOC: PG TOW COORDINATION UNIT | 301-499-8074 D / 301-627-6573 |
| 2T1BR32E45C4225646 | | 2/26/05 | 16W05VI9355011705 | U01300745 | CLAIM | AGENCY: UNITED SERVICES AUTOMOBILE ASS | 301-499-8074 D |
| 2T1BR32E45C4225646 | | 2/10/05 | 16W05VI9355011705 | E04300013 | CLAIM | AGENCY: ERIE INSURANCE EXCHANGE | 301-499-8074 D |
| 3N1CB51D74L479647 | IO524804650 | 8/02/05 / 8/29/05 | 16W05VI9355011705 / 16W04VTS7431072004 | G01000071 / MD0172100 | CLAIM / IMPOU | AGENCY: GOVERNMENT EMPLOYEES INSURANCE — AGENCY: PRINCE GEORGES COUNTY POLICE D — IMP LOC: PG TOW COORDINATION UNIT | 301-499-8074 D / 301-627-6573 |
| 5Y2SL63805Z450948 | IO524805061 | 8/27/05 | 16W05HJG6848022205 | MD0172100 | IMPOU | AGENCY: PRINCE GEORGES COUNTY POLICE D — IMP LOC: PG TOW COORDINATION UNIT — IMP REF: | 301-499-8074 D / 301-627-6573 |
| 5N1AA08B85N718862 | IO524805041 | 8/24/05 | 16W05HJC523030705 | MD0172100 | IMPOU | AGENCY: PRINCE GEORGES COUNTY POLICE D — IMP LOC: PG TOW COORDINATION UNIT — IMP REF: 05 236 1784 | 301-499-8074 D / 301-627-6573 |
| JM1BK12F151272973 | IO524805354 | 8/26/05 | 16W05VL9855030705 | MD0172100 | IMPOU | AGENCY: PRINCE GEORGES COUNTY POLICE D — IMP LOC: PG TOW COORDINATION UNIT — IMP REF: | 301-499-8074 D / 301-627-6573 |
| JM1BK12F351285160 | IO517808636 | 6/02/05 | 16W05HJC772041105 | MD0172100 | IMPOU | AGENCY: PRINCE GEORGES COUNTY POLICE D — IMP LOC: PG TOW COORDINATION UNIT — IMP REF: | 301-499-8074 D / 301-627-6573 |
| JM1BK12F351285160 | IO524805355 | 8/22/05 | 16W05HJC772041105 | MD0172100 | IMPOU | AGENCY: PRINCE GEORGES COUNTY POLICE D — IMP LOC: PG TOW COORDINATION UNIT — IMP REF: | 301-499-8074 D / 301-627-6573 |
| JM1BK12F051313707 | IO524805353 | 8/18/05 | 16W05HJL847060705 | MD0172100 | IMPOU | AGENCY: PRINCE GEORGES COUNTY POLICE D — IMP LOC: PG TOW COORDINATION UNIT — IMP REF: 05 230 0488 | 301-499-8074 D / 301-627-6573 |
| JTDBT123X30298851 | IO401216699 | 12/10/03 | 16W03VM3373061903 | MD0172100 | IMPOU | AGENCY: PRINCE GEORGES COUNTY POLICE D — IMP LOC: PG TOW COORDINATION UNIT | 301-499-8074 D / 301-627-6573 |
| JTDBT123X30298851 | IO329708773 | 10/03/03 | 16W03VM3373061903 | MD0172100 | IMPOU | AGENCY: PRINCE GEORGES COUNTY POLICE D — IMP LOC: PG TOW COORDINATION UNIT | 301-499-8074 D / 301-627-6573 |
| JTDBT123X30298851 | IO524805777 | 8/22/05 | 16W03VM3373061903 | MD0172100 | IMPOU | AGENCY: PRINCE GEORGES COUNTY POLICE D — IMP LOC: PG TOW COORDINATION UNIT | 301-499-8074 D / 301-627-6573 |
| JTDBT123X30298851 | | 11/26/04 | 16W03VM3373061903 | C04300209 | CLAIM | AGENCY: GEICO INDEMNITY COMPANY | 301-499-8074 D / 301-627-6573 |
| KJ1TD52615B33903l | IO524805813 | 8/22/05 | 16W05VI9478121504 | MD0172100 | IMPOU | AGENCY: PRINCE GEORGES COUNTY POLICE D — IMP LOC: PG TOW COORDINATION UNIT | |
| KNAFE121255106514 | IO524805909 | 8/11/05 | 16W05VI9362020305 | MD0172100 | IMPOU | AGENCY: PRINCE GEORGES COUNTY POLICE D — IMP LOC: PG TOW COORDINATION UNIT | 301-499-8074 D / 301-627-6573 |
| KNDUP131956615304 | IO524805916 | 8/31/05 | 16W05VI7142071504 | MD0172100 | IMPOU | AGENCY: PRINCE GEORGES COUNTY POLICE D — IMP LOC: PG TOW COORDINATION UNIT | 301-499-8074 D / 301-627-6573 |
| 1G1AK52F257650615 | IO524802205 | 8/31/05 | 16W05HJM9380061305 | MD0172100 | IMPOU | AGENCY: PRINCE GEORGES COUNTY POLICE D — IMP LOC: PG TOW COORDINATION UNIT | 301-499-8074 D / 301-627-6573 |

Handwritten annotations (right margin, top to bottom): DN63BCA5, DN63BII, DN63BII, DX6308B, D81952-13, D319623, D319623, —D158404, —D158331, —D157331, —DNMTG92, —D157650, —D8154739, —DR31695, —DR31695, —DL2700S, D158200, D158200, —D319298, —DL62691, —D2918... /04, —D9137610

ATLANTIC  9/06/05 ATTN: INSURANCE MANAGER      NATIONAL INSURANCE CRIME BUREAU                    PAGE  1        J685-NI0006
GROUP 16 REGION W                                UNIT HIT INFORMATION

| VIN NUMBER | NICB FILE NUMBER | NICB DATE OF RECORD | REFERENCE NUMBER | NICB CODE MATCH | NICB RECORD MATCH | AGENCY / IMP LOC / IMP REF | NICB INFORMATION |
|---|---|---|---|---|---|---|---|
| 1B3ES6C95D226487 | IO524801445 | 8/20/05 | 16W05HJX323080105 | MD0172100 | IMPOU | AGENCY: / IMP LOC: / IMP REF: | PRINCE GEORGES COUNTY POLICE D / PG TOW COORDINATION UNIT / 301-499-8074 / 301-627-6573 |
| 1D4HB48N55F552993 | IO524801604 | 8/22/05 | 16W05HJD320120804 | MD0172100 | IMPOU | AGENCY: / IMP LOC: / IMP REF: 05 234 1119 | PRINCE GEORGES COUNTY POLICE / PG TOW COORDINATION UNIT / 301-499-8074 / 301-627-6573 |
| 1FAFP23116G102287 | IO524801658 | 8/30/05 | 16W06HJV574081805 | MD0172100 | IMPOU | AGENCY: / IMP LOC: / IMP REF: | PRINCE GEORGES COUNTY POLICE / PG TOW COORDINATION UNIT / 301-499-8074 / 301-627-6573 |
| 1FAFP34N45W274552 | IO524801678 | 8/18/05 | 16W05HJM375051305 | MD0172100 | INPOU | AGENCY: / IMP LOC: / IMP REF: 05 242 0189 | PRINCE GEORGES COUNTY POLICE / PG TOW COORDINATION UNIT / 301-499-8074 / 301-627-6573 |
| 1FAFP53U16A106306 | IO524801718 | 8/28/05 | 16W06HJP562052705 | MD0172100 | IMPOU | AGENCY: / IMP LOC: / IMP REF: | PRINCE GEORGES COUNTY POLICE / PG TOW COORDINATION UNIT / 301-499-8074 / 301-627-6573 |
| 1FAFP53U66A128219 | IO524801721 | 8/23/05 | 16W06HJP643062005 | MD0172100 | IMPOU | AGENCY: / IMP LOC: / IMP REF: | PRINCE GEORGES COUNTY POLICE / PG TOW COORDINATION UNIT / 301-499-8074 / 301-627-6573 |
| 1FMPU165B6LA00911 | IO524801993 | 8/17/05 | 16W06HJQ744060105 | MD0172100 | IMPOU | AGENCY: / IMP LOC: / IMP REF: | PRINCE GEORGES COUNTY POLICE / PG TOW COORDINATION UNIT / 301-499-8074 / 301-627-6573 |
| 1FMZU73KX4UB11411 | IO524802082 | 8/17/05 | 16W04VS261012704 | MD0172100 | IMPOU | AGENCY: / IMP LOC: / IMP REF: | PRINCE GEORGES COUNTY POLICE / PG TOW COORDINATION UNIT / 301-499-8074 / 301-627-6573 |
| 1FTPW14SX5KC15034 | IO524802157 | 8/11/05 | 16W05HJB414111904 | MD0172100 | IMPOU | AGENCY: / IMP LOC: / IMP REF: 05 223 0078 | PRINCE GEORGES COUNTY POLICE / PG TOW COORDINATION UNIT / 301-499-8074 / 301-627-6573 |
| 1G1AK52F157615872 | IO524802204 | 8/20/05 | 16W05HJJ335042805 | MD0172100 | IMPOU | AGENCY: / IMP LOC: / IMP REF: | PRINCE GEORGES COUNTY POLICE / PG TOW COORDINATION UNIT / 301-499-8074 / 301-627-6573 |
| 1FTSW215L5BB83433 | IO524802178 | 8/22/05 | 16W05HJC057021105 | MD0172100 | IMPOU | AGENCY: / IMP LOC: / IMP REF: | PRINCE GEORGES COUNTY POLICE / PG TOW COORDINATION UNIT / 301-499-8074 / 301-627-6573 |
| 1GJC52F847318755 | IO524802303 | 8/17/05 | 16W04VS572032604 | MD0172100 | IMPOU | AGENCY: / IMP LOC: / IMP REF: | PRINCE GEORGES COUNTY POLICE / PG TOW COORDINATION UNIT / 301-499-8074 / 301-627-6573 |
| 1GIND52F55M255275 | IO524802346 | 8/29/05 | 16W05HJM100052405 | MD0172100 | IMPOU | AGENCY: / IMP LOC: / IMP REF: | PRINCE GEORGES COUNTY POLICE / PG TOW COORDINATION UNIT / 301-499-8074 / 301-627-6573 |
| 1G1ZS52F75F295966 | IO524802378 | 8/15/05 | 16W05HJM525051605 | MD0172100 | IMPOU | AGENCY: / IMP LOC: / IMP REF: | PRINCE GEORGES COUNTY POLICE / PG TOW COORDINATION UNIT / 301-499-8074 / 301-627-6573 |
| 1G1ZS52F04F189440 | IO524802374 | 8/13/05 | 16W04VS573032604 | MD0172100 | IMPOU | AGENCY: / IMP LOC: / IMP REF: | PRINCE GEORGES COUNTY POLICE / PG TOW COORDINATION UNIT / 301-499-8074 / 301-627-6573 |
| 2C3JA53G25H614451 | IO524804027 | 8/18/05 | 16W05HJB689122204 | MD0172100 | INPOU | AGENCY: / IMP LOC: / IMP REF: | PRINCE GEORGES COUNTY POLICE / PG TOW COORDINATION UNIT / 301-499-8074 / 301-627-6573 |
| 2C3JA53G25H614451 | IO524804050 | 8/28/05 | 16W05HJB689122204 | C04300109 | CLAIM | AGENCY: / IMP LOC: / IMP REF: | GEICO INDEMNITY COMPANY |
| 2D4GP44L95R448792 | | 8/24/05 | 16W05HJG662040905 | MD0172100 | IMPOU | AGENCY: / IMP LOC: / IMP REF: | PRINCE GEORGES COUNTY POLICE / PG TOW COORDINATION UNIT / 301-499-8074 / 301-627-6573 |
| 2GZWF522751180269 | IO524804293 | 8/12/05 | 16W05VI883910204 | MD0171500 | IMPOU | AGENCY: / IMP LOC: / IMP REF: | HYATTSVILLE POLICE DEPARTMENT / PG TOW COORDINATION UNIT / 301-985-5060 / 301-627-6573 |

D123357/
DM044356
(D48008)
D13
D542-39
D007380
DS55002
D176348
DT882-2
D135000
DN43EB17
D480068
D627044
D918608
D132025
D244962
D123452
DN1A94e
D268916
DN1633CA5

Handwritten note (near row 3): DPT 05242.0189 L> Marietta Unit (IMPOU) Fernaldino 301-341-8823

```
ATLANTIC    9/06/05 ATTN: INSURANCE MANAGER         NATIONAL INSURANCE CRIME BUREAU            PAGE    1
GROUP 16 REGION W                                        UNIT HIT INFORMATION

                                       NICB                                   NICB
                    NICB             DATE OF                                 RECORD                      NICB INFORMATION
    VIN          FILE NUMBER          RECORD      REFERENCE NUMBER    NICB CODE MATCH
   NUMBER

        *******  NO DATA RECEIVED FOR GROUP 16       REGION W    *******


*** REGION COUNTS  ***
ACTIVE CLAIMS
THEFT/RECOVERIES
NTRS
SALVAGES
IMPOUNDS
EXPORTS
BAD VINS
OTHER
```

J685-NI0006

D123A1    DXN0132277    DXN0132277

J685-NI0006

ATLANTIC   9/07/05  ATTN: INSURANCE MANAGER          NATIONAL INSURANCE CRIME BUREAU                         PAGE    1
GROUP 16 REGION W                                         UNIT HIT INFORMATION

| VIN NUMBER | NICB FILE NUMBER | NICB DATE OF RECORD | REFERENCE NUMBER | NICB CODE | NICB RECORD MATCH | NICB INFORMATION |
|---|---|---|---|---|---|---|
| 1G12S52F75F306657 | I0524802373 | 8/23/05 | 16W05HJN319060205 | MD0172100 | IMPOU | AGENCY: PRINCE GEORGES COUNTY POLICE D  301-499-8074<br>IMP LOC: PG TOW COORDINATION UNIT          301-627-6573<br>IMP REF: |
| 1D7HW48N35S236118 | I0524922963 | 8/24/05 | 16W05HJH714030705 | DCMPD0000 | IMPOU | AGENCY: METROPOLITAN POLICE DEPARTMENT  202-727-4226<br>IMP LOC: ANT TOWING JOHN JOHN IN          202-723-6000<br>IMP REF: D050240138 |
| 1D7HW48N35S236118 | NCIC INACTV | 8/25/05 | 16R05HJH714030705 | MD0090000 | NCIC | AGENCY: SHERIFF'S OFFICE CHARLES COUNT  301-870-3232 |

*** REGION COUNTS ***
ACTIVE CLAIMS
THEFT/RECOVERIES
NTRS
SALVAGES
IMPOUNDS          2
EXPORTS
BAD VINS          1
OTHER



J685-NI0006

```
ATLANTIC   9/08/05 ATTN: INSURANCE MANAGER      NATIONAL INSURANCE CRIME BUREAU                    PAGE   1
GROUP 16 REGION W                                    UNIT HIT INFORMATION

                          NICB
  VIN          NICB      DATE OF                              NICB RECORD
 NUMBER    FILE NUMBER   RECORD   REFERENCE NUMBER  NICB CODE   MATCH        NICB INFORMATION

KNDJC733465514417        0/00/00  16W06HJ3D20090605            BADVI   AGENCY:
KNDJC733565512581        0/00/00  16W06HJ3D21090605            BADVI   AGENCY:
1J4GL48K46W103119        0/00/00  16W06HJV742090605            BADVI   AGENCY:

*** REGION COUNTS ***
ACTIVE CLAIMS
THEFT/RECOVERIES
NTRS
SALVAGES
IMPOUNDS
EXPORTS
BAD VINS                 3
OTHER
```

J685-NI0006

PAGE   1

...ANTIC  9/09/05 ATTN: INSURANCE MANAGER          NATIONAL INSURANCE CRIME BUREAU
GROUP 16 REGION W                                       UNIT HIT INFORMATION

| VIN NUMBER | NICB FILE NUMBER | NICB DATE OF RECORD | REFERENCE NUMBER | NICB CODE MATCH | NICB RECORD MATCH | NICB INFORMATION |
|---|---|---|---|---|---|---|

******* NO DATA RECEIVED FOR GROUP 16    REGION W    *******

*** REGION COUNTS ***
ACTIVE CLAIMS
THEFT/RECOVERIES
NTRS
SALVAGES
IMPOUNDS
EXPORTS
BAD VINS
OTHER

```
..ANTIC   9/12/05 ATTN: INSURANCE MANAGER      NATIONAL INSURANCE CRIME BUREAU                    PAGE    1
GROUP 16 REGION W                                 UNIT HIT INFORMATION                                         J685-NI0006

                              NICB                                  NICB
            VIN            DATE OF                                 RECORD
          NUMBER    FILE NUMBER RECORD    REFERENCE NUMBER    NICB CODE MATCH        NICB INFORMATION

            ********   NO DATA RECEIVED FOR GROUP 16    REGION W   *******


*** REGION COUNTS ***
ACTIVE CLAIMS
THEFT/RECOVERIES
NTRS
SALVAGES
IMPOUNDS
EXPORTS
BAD VINS
OTHER
```