09/27/2005 04:11 FAX 3013522[...]  LOSS CONTROL  ☑004/004

*(Page contains a fax of a "Warning Notice for Determination of Proper License Registration" form, rotated sideways.)*

**WARNING NOTICE FOR DETERMINATION OF PROPER LICENSE REGISTRATION**

| Field | Value |
|---|---|
| 1. Vehicle | DG |
| 2. Vehicle Model | TRUCK |
| 3. License Number | 36R718 |
| 4. State of Registration | MD |
| 5. Date/Time Placed | 09/12/2005 01:06:07 |
| 6. Location | 3300 B ST SE, NBL |
| 7. Name of Issuing Officer | K. BENJAMIN |
| 8. Badge Number | 00111 |
| 9. Department | 15 |

102095954

Your vehicle has been observed for the second time within a 180 day period parking without DC tags. After fifteen days you become eligible for the issuance of a ticket and/or impoundment for failure to secure DC tags unless you take one of the following actions:
1. Short Term Visitor (30 days or less) Have your host visit the nearest Metropolitan Police Department to get a visitor's permit (for locations and questions, call 202-727-5000 or visit www.mpdc.dc.gov)
2. Recurring Visitor (frequent short term visits) Report to a DMV Service Center and prove non-residency with an original lease/mortgage and utility bill no more than 60 days old, in your name at the same address, and the vehicle's current registration. You will then be exempted for a 180-day period.
3. Resident (More than 30 days) Report to a DMV Service Center to properly register your vehicle or request reciprocity if eligible.

For DMV locations, directions and requirements call 202-727-5000 or visit www.dmv.dc.gov. D.P.W. al. B.Rev. 9/02
Department of Public Works, Washington, D.C.

*Handwritten: "Nothing"* (signature)



DEFENDANT'S EXHIBIT E
Case No 1:06-cv-01579-PLF