```
CL# DX161A884 GPBR 16 1A U# HJG491 C# _____ UC DR D/L  70905  T 1200AM  UDOC N
YR 05 MKMDSR DODG DAKQ SLT4 LIC 36R718____ MD VN 1D7HW48N95S245180_____ CL SILVE
ADJ ATW LOC 1901 T PLACE STREET_____ SBRO Y C1 _ C2 _ R _ RI _ DV _ LIA _ BI _
DR: DR# 121905 TYP I CC Y AUTH DV _ DW N CV _ RIP _ PAI N RCOL _ BRCOL _____
LT: DCOMP _____ DCOLL _____ LIAB _____ _____
     MEDPMT _ LCAR _ HCAR _ E/NON _ DTHLS _ UM _ CHAR ACC _ E/CHAR ACC _ DEDC _
L/R/E HORNE*  MELVIN*_____     DRIVER _____
ADDRESS  1901 T PL SE_____     ADDRESS _____ _____
       WASHINGTON          DC  20020                 _____
DOB    112148   SOC.SEC.# 000 00 0000    DOB  _____  SOC.SEC.# 000 00 0000
PH 202-678-1465 ____ 202-297-5558 ____   PH _____ ____ _____ ____
LRE LIC# 1394881_____       DR LIC# _____ S/BLT _ PSG-S/BLT _
FACTS: CAR HAD TRUCK PARKED UP STREET FROM HOUSE AND UNIT WAS STOLEN.._____
_____

C1 _____ C2 _____ PSGR _____ TOT PSGR  00
VR EST            $  3818.00 WHERE STOLEN UNIT_____ REPAIRED C
RPTD _ CARRIER _____ D/R _____ CL# _____ ADJ _____
ADDRESS _____ PHONE _____
TTL/THF T REPT/AUTH Y AGY 6TH DISTR RCOV Y D/RC _____ RAGY _____ NCIC _ KEY Y
RPT# 090302_____ OFCR EVANS_____ SLP/COR N / N ADDCL# _____
ADDRESS 2701 PENNSYLVANIA_____ PHONE 2026982098__
TICKET N TO __ FOR _____ TO __ FOR _____ A/ST DC
STAT P CL DATE 12/30/05  POPUP DT 120205 NOTE 01/09_____ CIMGR _ PG 2 PG1
```



DEFENDANT'S EXHIBIT F — CASE NO. 1:06-cv-01579-PLF

```
CL# DX161A884 UNIT# HJG491 GPBR 161A CUST#         UC DR D/L 070905   T 1200AM
YR 05 MKMDSR DODG DAKQ SLT4 LIC 36R718     MD VN 1D7HW48N95S245180        CL SILVE
ADJ ATW LOC 1901 T PLACE STREET         SBRO Y C1    C2    R    RI    DV   LIA   BI
DR: INV 121905   AUTH DV      DW N    CV      RIP     PAI N   RCARR    BR COL $

    RENTER INS CUST# _____    SOURCE CUST# GEI16FB
    RENTER INS GEICO_____   DRIVER INS _____
    ADJ/AGENT  MATT LANEY_____   ADJ/AGENT  _____
    ADDRESS   _____  ADDRESS   _____
                                                 _____
               7035799018
    PHONE     8008411003 EXT 4635    PHONE      0000000000_____
    CLAIM#    0082944360101067       CLAIM#     _____
    INJ: L/R/E MLANEY@GEICO.COM      DRIVER     _____
    PSGR                             PSGR       _____

    VREST  3818.00  SHOP _____ ADD _____ PH# _____
    CONT _____ IN _____ OUT _____ LOANER OUT _____ IN _____ GPBR ____
    D _____ RATE$ _____ COST$ _____ CONT _____ PH# _____
    LOSS/USE: _____
    NOTES _____

    POPUP DATE 120205    NOTE 01/09_____   PG# 3                         PG2
```