```
ATLANTIC              Req by: TAYLOR*BRENT M*    1/18/2007  13:49:50    CCIN47
16/1A                                                                    Page 1
Date-of-loss: 7/09/05  Adjuster: ATW  Claim#: DX161A884   Unit#: HJG491
IRE:          HORNE* MELVIN*                              Contract#: 121905

Date
7/11/05   Notes OK FOR REPAIR VIA AAIN39 PER WILLIAMS*ALTON T*
          Note created by: CNACTIVEPER MCCALASTER*DEIDRE T*
          CAR IS INACTIVE PER NCIC
          REPORTED BY PG METRO PD 202-727-4226
          RECOVERED BY PG 301-336-8800
7/11/05   Note created by: 39456 - WILLIAMS*ALTON T*
          SENT A RECOVERY LETTER TO GEICO AND DC POLICE.
7/26/05   REPORTED THE CLAIM TO GEICO
          Note created by: 44l8K - TAYLOR*BRENT M*
          SENT MSO1 TO ALTON RE UNIT LOCATION
7/27/05   Note created by: 39456 - WILLIAMS*ALTON T*
          MARLOW A/B SENT AN E-MAIL TO MICHELLE ASKING FOR TAGS.
          W/O AN EST
8/04/05   Note created by: 9317W - LARSON*LORI S*
          Notice from vehicle Repair Dept via AAVRO1
          REPAIR ESTIMATE CHANGED IN AAVRO1 FROM $       .00 TO $ 3380.24
8/08/05   Note created by: 8399C - SBITAN*DAVID S*
          Notice from vehicle Repair Dept via AAVRO1
          REPAIR ESTIMATE CHANGED IN AAVRO1 FROM $3380.24 TO $ 3779.23
8/10/05   Note created by: 8399C - SBITAN*DAVID S*
          Notice from vehicle Repair Dept via AAVRO1
          CODED DIAMOND INV FOR REAR GLASS 00340850071
8/22/05   Note created by: 44399 - WILLIAMS*ALTON T*
          TOW ESTIMATE CHANGED IN AAVRO1 FROM $       .00 TO $  877.00
          CODED RYON'S TOW INVOICE
8/26/05   Note created by: 39456 - WILLIAMS*ALTON T* AND PICS.
          SENT ANE-MAIL ASKING FOR THE EST TO GEICO AND FAXED SUBRO.
          REC'D THE EST FROM DAVE. I E-MAILED IT
9/14/05   Note created by: 9317W - LARSON*LORI S*
          Notice from vehicle Repair Dept via AAVRO1
          REPAIR ESTIMATE CHANGED IN AAVRO1 FROM $3779.23 TO $ 3818.00
          FINAL INV 75147 RO#437F
9/14/05   Note created by: 8957F - MCCALASTER*DEIDRE T*
          CAR IS NOW OK BROOKS.. MICHELLE SAID THAT SHE WILL REQUEST NEW
          TAGS. TOLD HER THANKS
9/14/05   Note created by: 4418K - TAYLOR*BRENT M*
          SENT EMAIL TO ALTON TO CONFIRM UNIT IS REMOVED FROM HOT SHEET
9/14/05   Note created by: 39456 - WILLIAMS*ALTON T*
          CALLED NCIC AND SPK TO ANGIE SAYS THE CAR WAS RECOVERED ON 07/09/05
          CALLED TELETYPE SPK TO STEPHANIE SAYS THE CAR WAS RECOVERED AND NOT IN
          THE SYSTEM AS STOLEN IT WAS IN THE SYSTEM AS AN IMPOUND
10/13/05  Note created by: 39456 - WILLIAMS*ALTON T*
          REC'D A VM FROM MATT AT GEICO SAYS HE NEEDS THE FINAL. I FAXED IT TO
          HIM
12/01/05  Note created by: 39456 - WILLIAMS*ALTON T*
```



DEFENDANT'S EXHIBIT 6
Case No.
1:06-cv-01579-PLF

```
ATLANTIC             Req by: TAYLOR*BRENT M*      1/18/2007  13:49:50         CCIN47
16/1A                                                                         page 2
Date-of-loss:  7/09/05   Adjuster:  ATW   Claim#: DX161A884    Unit#:
LRE:  HORNE*MELVIN*                                            Contract#: HJG491
                                                                          121905
Date    Notes
12/06/05  LM FOR MATT TO CALL ME WITH THE STATUS OF PAYMENT.
          Note created by: 4418K - TAYLOR*BRENT M*
12/29/05  SENT EMAIL TO ALTON TO STAY ON ADJUSTER
          Note created by: 39456 - WILLIAMS*ALTON T*
12/30/05  SPK TO THE ADJ SAYS THE CK WAS MAILED ON 12/14 TO THE PO BOX
          REC'D A CK FROM GEICO FOR 4589.00
          Note created by: 39456 - WILLIAMS*ALTON T*
2/28/06   01/09
          Note created by: 39456 - WILLIAMS*ALTON T*
          CALLED GEICO THE R HAS 100.00 DED I REFUNDED THE R'S CC 144.00
          I REFUNDED FROM THE RA. I DID A JV TO MATCH THE REFUND.

55 lines of notes including blank lines
```