IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DOUGLAS ROESER, et al. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No: 1:06-cv-01579-PLF |
| ) | Judge Paul L. Friedman |
| ENTERPRISE LEASING COMPANY, et al. ) | Next Event:  Joint Status Report |
| ) | Due: 6/15/07 |
| Defendants. ) | |
| ) | |

**PLAINTIFFS' MOTION FOR LEAVE TO AMEND COMPLAINT TO IDENTIFY AND ADD PARTY DEFENDANTS**

COME NOW Plaintiffs Douglas Roeser individually and as next best friend of S.R., a minor, by and through undersigned counsel, and pursuant to Federal Civil Procedure Rule 15, respectfully moves for leave to file the attached amended complaint.

This action involves the unlawful arrest and seizure of Plaintiffs by Defendants District of Columbia, Officer Dale Vernick and Officer Thomas Caddell as a result of Defendant Enterprise's negligence in leasing a vehicle to Plaintiffs that had previously been reported stolen. The amended complaint identifies and sets forth the actions of Officer Dale Vernick and another Offcer who, in the original complaint, was listed as "John Doe." Additional information provided by Defendants in response to Plaintiffs' discovery revealed the actions and inactions taken by certain Enterprise employees and/or agents in leasing the vehicle to Plaintiffs, and requires that Plaintiffs allege these additional pleadings herein.

Plaintiffs respectfully refer the Court to the attached Memorandum of Points and Authorities in support of their Motion for Leave to Amend the Complaint.

Counsel for Plaintiffs sought defendants' consent to the relief requested in Plaintiffs' Motion for Leave to Amend the Complaint. Defendants have not provided their consent to amending the complaint thus necessitating the filing of this motion.

                                              Respectfully submitted,

                                              BOND LAW FIRM, PLLC.


                                By: _____/s/ Johnnie D. Bond, Jr._____
                                              Johnnie D. Bond, Jr., Esq. (#485488)
                                              1424 K Street, NW, Ste. 660
                                              Washington, D.C. 20005
                                              (202) 328-1354 Phone
                                              (202) 318-4528 Fax
                                              **Attorneys for Plaintiffs**
                                              **jbond@bondpllc.com**

## CERTIFICATE OF SERVICE

I HEREBY CERITIFY that a copy of Plaintiffs' First Amended Complaint, Partial Consent Motion for Leave to Amend Complaint, Memorandum of Points and Authorities and Proposed Order were served electronically and via First Class Mail, postage prepaid, this 9th day of April, 2007 on:

Robert G. McGinley, Esq.
LAW OFFICES OF
ROBERT G. MCGINLEY, P.C.
4601 Forbes Boulevard, Ste. 200
Lanham, MD 20706
**Attorney for Defendant Enterprise**
**rmcginley@mcginleylaw.com**

George E. Rickman, Esq.
Assistant Attorney General
Civil Litigation Division
General Litigation Section IV
441 Fourth Street, Sixth Floor South
Washington, DC 20001
**Attorneys for the District of Columbia**
**and Officers Dale Vernick**
**and Thomas Caddell**
**george.rickman@dc.gov**

              /s/ Johnnie D. Bond, Jr.
              Johnnie D. Bond, Jr.