IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DOUGLAS ROESER, et al.** ) <br> ) <br>    **Plaintiffs,** ) <br> ) <br>    v. ) <br> ) <br> **ENTERPRISE LEASING COMPANY, et al.** ) <br> ) <br>    **Defendants.** ) <br> ) | Case No: 1:06-cv-01579-PLF <br> Judge Paul L. Friedman <br> Next Event:  Joint Status Report <br>                Due: 6/15/07 |

**ORDER**

UPON consideration of Plaintiffs' Motion to amend the complaint, and to file their amended complaint, any opposition by Defendants, and the entire record herein, it is this

_____ day of _____, 2007,

**ORDERED** that the Motion be and hereby is granted, and it is **FURTHER ORDERED** that Defendants shall have twenty (20) days from the date of this Order to respond or answer the Plaintiffs' First Amended complaint.

**SO ORDERED.**

_____
THE HONRABLE JUDGE PAUL L. FREIDMAN

Copies to:

Johnnie D. Bond, Jr., Esq.
BOND LAW FIRM, PLLC
1424 K Street, NW, Ste. 660
Washington, DC 20005
jbond@bondpllc.com

Robert G. McGinley, Esq.
LAW OFFICES OF ROBERT G. MCGINLEY
4601 Forbes Boulevard, Ste. 200
Lanham, MD 20706
rmcginley@mcginleylaw.com

George E. Rickman, Esq.
Assistant Attorney General
441 Fourth Street, Sixth Floor South
Washington, DC 20001
george.rickman@dc.gov