Department

## PART I - CLASSIFICATION OF EVENT

**1 TYPE OF REPORT**
- ○ Offense
- ● Incident

FILL IN THE OVALS COMPLETELY

Right Mark ●
Wrong Marks ⊘ ⊗ ◐

**2 DATE AND TIME OF EVENT**

| | Start Date | Start Time | End Date | End Time |
|---|---|---|---|---|
| Month | Jan Feb **Mar**... | | Jan Feb **Mar**... | |
| Day | | 1 1 | | 1 1 |
| Year | 0 5 | | 0 5 | |
| Hour | 2 3 | | 2 3 | |
| Minute | 1 8 | | 1 8 | |

**3 DATE OF REPORT**

Month: Jan Feb **Mar**... 1 1
Day: 0 5
Year: 2 3

**4 TIME OF REPORT**
Hour: 2 3
Minute: 3 0

**5 DSC / FOR CE**

**6 SEAT**
6 0 1

**7 / 8 COMPLAINT NUMBER**
1 2 3 9 2 8

**9 EVENT LOCATION ADDRESS**
5330 B. ST. SE

- ○ Rear of
- ● In front of
- ○ Along side of
- ○ Inside of

- ○ NW Corner
- ○ NE Corner
- ○ SW Corner
- ○ SE Corner

**10 REPORT RECEIVED BY**
TRU
Walk-in
○ On-scene
● Radio run

**11 IS RADIO RUN LOCATION AND EVENT LOCATION THE SAME?**
Yes / ● No

**12 PROPERTY TYPE**
- ● Public
- ○ Private

**13 EVENT NO. 1**
STOP AND FRISK

**14 EVENT NO. 2**

**15 EVENT NO. 3**

**16 FORCED ENTRY**
- ○ Yes
- ● No

**17 POINT OF ENTRY**
N/A

**18 a. Method Used**
N/A

**b. Tools Used**
N/A

**19 WEATHER CONDITIONS**
- ● Clear
- ○ Cloudy
- ○ Rain
- ○ Snow
- ○ Other
- ○ Not applicable
- ○ Unknown

**20 SUSPECTED HATE CRIME?**
- ● None
- ○ Racial
- ○ Ethnic
- ○ Religious
- ○ Sexual Orientation
- ○ Other

**21 SECURITY SYSTEM (Mark all that apply)**
- ○ Alarm/Audio
- ○ Alarm/Silent
- ○ Camera
- ○ Dead bolt
- ○ Unlocked
- ○ Exterior lights
- ○ Interior lights
- ○ Fence
- ○ Guard
- ○ Neighborhood watch
- ○ Other
- ● Not applicable
- ○ Unknown

**22 LOCATION TYPE (Mark only one)**
- ○ Air/Bus/Train terminal
- ○ Alley
- ○ Bank/Savings & loan
- ○ Bus stop
- ○ Church/Synagogue/Temple
- ○ College/University
- ○ Commercial office building
- ○ Construction site
- ○ Convenience store
- ○ Department/Discount store
- ○ D.C. government building
- ○ Doctor's office/Hospital
- ○ Drug store
- ○ Federal/Government bldg.
- ○ Field/Woods
- ○ Grocery/Supermarket
- ○ Hotel/Motel/Etc.
- ○ Jail/Prison
- ○ Lake/Waterway
- ○ Liquor store
- ○ Park area
- ○ Parking lot/Parking garage
- ○ Public housing project
- ○ Public/Private school
- ○ Rental storage facility
- ○ Residence/Home
- ○ Restaurant
- ○ Service station
- ○ Sidewalk
- ○ Specialty store
- ● Street/Highway/Road
- ○ Tavern/Night club
- ○ Other
- ○ Not applicable
- ○ Unknown

**23 DESIGNATED AREAS (Mark all that apply)**
- ○ Victim's vehicle
- ○ Suspect's vehicle
- ○ Taxi-cab
- ○ Bus
- ○ Train/Metro/Amtrak/Etc.
- ○ Hallway
- ○ Elevator
- ○ Stairwell
- ○ Basement/Laundry room
- ○ Apartment/Condo unit
- ○ Single family dwelling
- ○ Hotel/Motel room
- ○ College/University dorm
- ○ Classroom
- ○ Office room
- ○ Vacant building/room
- ○ Customer area
- ○ Storage area
- ○ In public
- ● Win 1 block of public housing
- ○ Win 1,000 ft. of school
- ○ Other
- ○ Not applicable
- ○ Unknown

## PART II - VICTIM INFORMATION

**24 NAME OF COMPLAINANT/VICTIM/MISSING PERSON NO. 1**
Roeser, Douglas

**25 RELATED TO EVENT NO(S).**
1 2 3 4 5 6 7 8 9 10

**38 NAME OF COMPLAINANT/VICTIM/MISSING PERSON NO. 1**

**39 RELATED TO EVENT NO(S).**
1 2 3 4 5 6 7 8 9 10

**26 VICTIM TYPE**
- ● Individual
- ○ Business
- ○ Financial inst.
- ○ Government
- ○ Religious org.
- ○ Society/Public
- ○ Police officer
- ○ Other

**40 VICTIM TYPE**
- ○ Individual
- ○ Business
- ○ Financial inst.
- ○ Government
- ○ Religious org.
- ○ Society/Public
- ○ Police officer
- ○ Other

**27 DATE OF BIRTH**
Month: Mar
Day: 09
Year: 57
○ Unknown ○ NA

**28 AGE RANGE**
- ○ 0-1 yr.
- ○ 2-12 yrs.
- ○ 13-17 yrs.
- ● 18-65 yrs.
- ○ Over 65

**29 SEX**
- ● Male
- ○ Female
- ○ Un-known

**30 HOME PHONE**
( ) UNK

**31 BUSINESS PHONE**
( ) UNK

**41 DATE OF BIRTH**
○ Unknown NA

**42 AGE RANGE**
- ○ 0-1 yr.
- ○ 2-12 yrs.
- ○ 13-17 yrs.
- ○ 18-65 yrs.
- ○ Over 65

**43 SEX**
- ○ Male
- ○ Female
- ○ Un-known

**44 HOME PHONE**
( )

**45 BUSINESS PHONE**
( )

**32 RACE/ETHNICITY (Mark all that apply)**
- ○ American Indian/Alaskan Native
- ○ Asian/Pacific Islander
- ● Black
- ○ Chinese
- ○ Latino/Hispanic
- ○ Jamaican
- ○ Japanese
- ○ Korean
- ○ Vietnamese
- ○ White
- ○ Other
- ○ Unknown/Refused

**46 RACE/ETHNICITY (Mark all that apply)**
- ○ American Indian/Alaskan Native
- ○ Asian/Pacific Islander
- ○ Black
- ○ Chinese
- ○ Latino/Hispanic
- ○ Jamaican
- ○ Japanese
- ○ Korean
- ○ Vietnamese
- ○ White
- ○ Other
- ○ Unknown/Refused

**33 HOME ADDRESS**
● DC Resident ○ Non-DC Resident ○ Unknown
5330 B. ST. SE #4

**47 HOME ADDRESS**
○ DC Resident ○ Non-DC Resident ○ Unknown

**34 BUSINESS ADDRESS/SCHOOL**
UNK

**48 BUSINESS ADDRESS/SCHOOL**

**35 OCCUPATION**
UNK

**36 IS EVENT RELATED TO OCCUPATION?**
○ Yes ● No ○ Unknown

**49 OCCUPATION**

**50 IS EVENT RELATED TO OCCUPATION?**
○ Yes ○ No ○ Unknown

**37 ADDITIONAL MEANS TO CONTACT COMPLAINANT/VICTIM NO. 1**
N/A

**51 ADDITIONAL MEANS TO CONTACT COMPLAINANT/VICTIM NO. 1**

**52 STATUS (Mark one)**
- ● Open
- ○ Unfounded
- ○ Closed
- ○ Suspended
- ○ Closed by arrest, attach PD-252

**53 REVIEWER**

**54 DISTRIBUTION**

PD-251 4/99

Printed in U.S.A.

PAGE 1

| | n. Complexion | i. Scars | j. Mustache | k. Facial Hair | l. Hat | m. Coat/Jacket | n. Pants | o. Blouse/Shirt | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | ○ Alcohol ○ Computer | |

**q. Weapons Used in Offense (Mark all that apply)**

| | Firearm | | | Other | | | Color | Make | Model |
|---|---|---|---|---|---|---|---|---|---|
| ○ Handgun | ○ Shotgun | ○ Other | ○ Cutting instrument | ○ Hands/Feet/Teeth | ○ Other (specify) | | | | |
| ○ Revolver | ○ Semi-automatic firearm | | ○ Blunt object | ○ None | | | | | |
| ○ Rifle | ○ Automatic | | ○ Motor vehicle | ○ Unknown | | | | | |

*Value of vehicles to be entered by Information Processing section

CCN 123928

**PART V - MISSING PERSONS**

| 64 PROBABLE CAUSE OF ABSENCE AND DESTINATION | 65 COMPLAINT NUMBER |
|---|---|

**66** IF MISSING PERSON HAS RUN AWAY BEFORE, GIVE DATE AND WHERE LOCATED:   **67** CLASSIFICATION   **68** CLASSIFIED BY:

Critical
Non-critical

**69** PHYSICAL/MENTAL CONDITION (i.e., diabetic)   **70** DESCRIBE ARTICLES OR JEWELRY WORN AND IDENTIFICATION CARRIED   **71** NAME OF PARENT/GUARDIAN

**72** ADDRESS OF PARENT/GUARDIAN   **73** IF JUVENILE, ENTER MOTHER'S MAIDEN NAME   **74** MISSING PERSON SECTION NOTIFIED (Name)

**75** NARRATIVE   Describe event and action taken. If additional narrative space is needed, use PD Form 251-A.

Item Number
Continued

R-1 Reports that on the listed date, time, and location C-1 was stopped and identified after a random check of the license plates on the vehicle that C-1 was operating came back stolen.

Further investigation revealed that the vehicle that C-1 was driving was not stolen.

C-1 was advised why he was stopped, given CCN's, then sent on his way.

| 76 EVIDENCE TECHNICIAN/CSES # | 77 NAME OF INVESTIGATOR NOTIFIED | 78 TELETYPE NOTIFIED (Name) | NOTIFICATION ALSO REQUIRED WHENEVER MISSING PERSON LOCATED | 79 TELETYPE # |
|---|---|---|---|---|
| N/A | N/A | N/A | | |

| 80 REPORTING OFFICER'S SIGNATURE | ELEMENT | 81 OTHER POLICE AGENCY (Indicate if report prepared by officer other than MPD) | 82 SECOND OFFICER'S NAME | ELEMENT | 83 SIGNATURE OF SUPERVISOR | ELEMENT |
|---|---|---|---|---|---|---|
| | 6i | USCP / USSS / METRO TRANSIT / OTHER | | | | 5D |

BADGE NUMBER   BADGE NUMBER   BADGE NUMBER

| Revolver | Semi-automatic | firearm | Blunt object | None |
|---|---|---|---|---|
| Rifle | Automatic | | Motor vehicle | Unknown |