## Department

**PART I – CLASSIFICATION OF EVENT**

| 1 TYPE OF REPORT | 2 DATE AND TIME OF EVENT | 3 DATE OF REPORT | 4 TIME OF REPORT | 5/6/7 DISTRICT/SECTOR | 8 BEAT | COMPLAINT NUMBER |
|---|---|---|---|---|---|---|
| ○ Offense<br>● Incident | Start Date 11/05/23 Start Time 18<br>End Date 11/05/23 End Time 18 | 11/05/23 | 0530 | 1 / / | 604 | 123928 |

FILL IN THE OVALS COMPLETELY — Right Mark / Wrong Marks

**9 EVENT LOCATION ADDRESS:** 5330 B. ST. SE — ● In front of

**10 REPORT RECEIVED BY:** ● On-scene  Radio run

**11 IS RADIO RUN LOCATION AND EVENT LOCATION THE SAME?** Yes / ● No

**12 PROPERTY TYPE:** ● Public  ○ Private

**13 EVENT NO. 1:** STOP AND FRISK  00-56

**16 FORCED ENTRY:** ● No
**17 POINT OF ENTRY:** N/A
**18 a. Method Used:** N/A   b. Tools Used: N/A

**19 WEATHER CONDITIONS:** ● Clear

**20 SUSPECTED HATE CRIME?** ● None

**22 LOCATION TYPE:** ● Street/Highway/Road

**23 DESIGNATED AREAS:** ● W/in 1 block of public housing

---

**PART II – VICTIM INFORMATION**

**24 NAME OF COMPLAINANT/VICTIM/MISSING PERSON NO. 1:** Roeser, Douglas

**26 VICTIM TYPE:** ● Individual

**27 DATE OF BIRTH:** Month Mar, Day 09, Year (illegible)
**28 AGE RANGE:** 18-65 yrs.
**29 SEX:** ● Male
**30 HOME PHONE:** ( ) UNK
**31 BUSINESS PHONE:** ( ) UNK

**32 RACE/ETHNICITY:** ● Black

**33 HOME ADDRESS:** ● DC Resident — 5330 B. ST. SE #4

**34 BUSINESS ADDRESS/SCHOOL:** UNK

**35 OCCUPATION:** UNK
**36 IS EVENT RELATED TO OCCUPATION?** ● No

**37 ADDITIONAL MEANS TO CONTACT COMPLAINANT/VICTIM NO. 1:** N/A

**52 STATUS:** ● Open
**53 REVIEWER:** CC
**54 DISTRIBUTION:**

PD-251  4/99                                   Printed in U.S.A.                        PAGE 1

---

q. Weapons Used in Offense (Mark all that apply)

CCN 123928

## PART V - MISSING PERSONS

| 64 PROBABLE CAUSE OF ABSENCE AND DESTINATION | 65 COMPLAINT NUMBER |
|---|---|
| | 12392 |

| 66 IF MISSING PERSON HAS RUN AWAY BEFORE, GIVE DATE AND WHERE LOCATED: | 67 CLASSIFICATION | 68 CLASSIFIED BY: |
|---|---|---|
| | Critical / Non-critical | |

| 69 PHYSICAL/MENTAL CONDITION (i.e., diabetic) | 70 DESCRIBE ARTICLES OF JEWELRY WORN AND IDENTIFICATION CARRIED | 71 NAME OF PARENT/GUARDIAN |
|---|---|---|

| 72 ADDRESS OF PARENT/GUARDIAN | 73 IF JUVENILE, ENTER MOTHER'S MAIDEN NAME | 74 MISSING PERSON SECTION NOTIFIED (Name) |
|---|---|---|

**75 NARRATIVE** Describe event and action taken. If additional narrative space is needed, use PD Form 251-A.

Item Number Continued:

R-1 Reports that on the listed date, time, and location C-1 was stopped and identified after a random check of the license plates on the vehicle that C-1 was operating came back stolen.

Further investigation revealed that the vehicle that C-1 was driving was not stolen.

C-1 was advised why he was stopped, given CCN's, then sent on his way.

| 76 EVIDENCE TECHNICIAN/CSES # | 77 NAME OF INVESTIGATOR NOTIFIED | 78 TELETYPE NOTIFIED (Name) | NOTIFICATION ALSO REQUIRED WHENEVER MISSING PERSON LOCATED | 79 TELETYPE # |
|---|---|---|---|---|
| N/A | N/A | N/A | | |

| 80 REPORTING OFFICER'S SIGNATURE | ELEMENT | 81 OTHER POLICE AGENCY | 82 SECOND OFFICER'S NAME | ELEMENT | 83 SIGNATURE OF SUPERVISOR | ELEMENT |
|---|---|---|---|---|---|---|
| | 61 | USCP / USSS / METRO TRANSIT / OTHER | | | | 60 |

| Revolver | Semi-automatic | Firearm | Blunt object | None |
| Rifle | Automatic | | Motor vehicle | Unknown |

CCN _____ PAGE 4