IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DOUGLAS ROESER, | : |
| and | : |
| DOUGLAS ROESER, AS NEXT BEST FRIEND OF S.R., A MINOR, | : |
| Plaintiffs, | : |
| v. | :   Case No.: 1:06-cv-01579-PLF<br>  Judge Paul L. Friedman |
| ENTERPRISE LEASING COMPANY, | : |
| THE DISTRICT OF COLUMBIA, | : |
| D.C. OFFICER DALE N. VERNICK, | : |
| and | : |
| D.C. OFFICER JOHN DOE, | : |
| Defendants. | : |

**JOINT STATUS REPORT**

Pursuant to this Court's Scheduling Order of February 13, 2007, the parties submit a Joint Status Report to this Honorable Court and advises as follows:

**I. Background**

This tort action arises out of a police stop that occurred on September 11, 2005. The Plaintiff, Douglas Roeser and his minor son, were the respective driver and passenger of a rental vehicle owned by Defendant, Enterprise Leasing Company ("Enterprise"). The vehicle had been previously reported stolen by Enterprise, recovered and re-rented. There was a dispute between the Defendant, The District of Columbia ("The District") and Defendant Enterprise as to whether or not The District had been notified that the vehicle had been recovered prior to the occurrence. Plaintiffs allege various civil rights violations and

intentional torts against The District and the officers involved (Defendants Dale Vernick and Thomas Caddell) including excessive force, assault and battery and intentional infliction of emotional distress.  Plaintiffs also allege various acts of negligence against Defendant Enterprise and seek compensatory and punitive damages against both Defendants.  Co-Defendants have Cross-Claimed each other for indemnification and contribution.  All Defendants deny all wrongdoing or that any action taken was otherwise unreasonable, unconstitutional or illegal.

## II.  Current Status

The parties have exchanged written discovery and deposed both Plaintiffs.  Additionally, Plaintiffs and Co-Defendant, Enterprise, have conducted a preliminary deposition of Officers Dale Vernick and Thomas Caddell.  Defendant, The District of Columbia, has promised to provide outstanding discovery responses by today and the parties are currently making arrangements to proceed with the deposition of the District of Columbia's 30(b)(6) representative.

Once the deposition of the District of Columbia's 30(b)(6) representative is accomplished, the parties believe they will be in an excellent position to access whether or not the parties will benefit from early mediation.  Accordingly, the parties request leave to file a Supplemental Status Report in the next 30 days.

    Respectfully submitted,
LAW OFFICES OF ROBERT G. MCGINLEY, P.C.

 /S/   Robert G. McGinley
Robert G. McGinley, Esquire #415242
4601 Forbes Boulevard, Suite 200
Lanham, Maryland 20706
301/731-4601
Counsel for Defendant
Enterprise Leasing Company

    /S/   Johnnie D. Bond, Jr.
Johnnie D. Bond, Jr., Esquire #485488
1229 15th Street, N.W.
Washington, D.C.  20005
Counsel for Plaintiffs


Linda Singer
Acting Attorney General for the District of Columbia

George C. Valentine
Deputy Attorney General, D.C.
Civil Litigation Division


    /S/   Patricia A, Jones
Patricia A. Jones, Esquire #428132
Chief, General Litigation Section IV
Civil Litigation Division


    /S/   George E. Rickman
George E. Rickman, Esquire #433298
Assistant Attorney General, District of Columbia
General Litigation Section IV
Civil Litigation Division
441 Fourth Street, Sixth Floor North
Washington, D.C.  20001
(202) 442-9840; (202) 727-6295
Counsel for the District of Columbia
and Officers Dale Vernick and Thomas Caddell

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that a copy of the foregoing was sent electronically and via first class mail, postage prepaid this 15th day of June 2007, to:

Johnnie D. Bond, Jr., Esquire
1424 K Street, N.W.
Suite 660
Washington, D.C. 20005
Counsel for Plaintiffs


George E. Rickman, Esq.
Patricia A. Jones, Esq.
George C. Valentine, Esq.
Linda Singer, Esq.
441 Fourth Street, Sixth Floor North
Washington, D.C. 20001
Counsel for The District of Columbia
and Officers Dale Vernick and
Thomas Caddell


          /S/   Robert G. McGinley
          Robert G. McGinley