IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DOUGLAS ROESER, et al.** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| v. ) | Case No: 1:06-cv-01579-PLF |
| ) | Judge Paul L. Friedman |
| **ENTERPRISE LEASING COMPANY, et al.** ) | Next Event:   Joint Status Report |
| ) |                    Due: 7/18/07 |
| **Defendants.** ) | |

**JOINT STATUS REPORT**

Pursuant to this Court's Order, the parties submit a Joint Status Report to this Honorable Court and advise as follows:

### I. Background

This tort action arises out of a police stop that occurred on September 11, 2005. The Plaintiff, Douglas Roeser and his minor son, were the respective driver and passenger of a rental vehicle owned by Defendant, Enterprise Leasing Company ("Enterprise"). The vehicle had been previously reported stolen by Enterprise, recovered and re-rented. There was a dispute between the Defendant, The District of Columbia ("The District") and Defendant Enterprise as to whether or not The District had been notified that the vehicle had been recovered prior to the occurrence. Plaintiffs allege various civil rights violations and intentional torts against The District and the officers involved (Defendants Dale Vernick and Thomas Caddell) including excessive force, assault and battery and intentional infliction of emotional distress. Plaintiffs also allege various acts of negligence against Defendant Enterprise and seek compensatory and punitive damages against both Defendants. Co-Defendants have Cross-Claimed each other for indemnification and

contribution.  All Defendants deny all wrongdoing or that any action taken was otherwise unreasonable, unconstitutional or illegal.

## II.  Current Status

The parties have exchanged written discovery, deposed both Plaintiffs, and Plaintiffs and Co-Defendant, Enterprise, have conducted a preliminary deposition of Officers Dale Vernick and Thomas Caddell.  Additionally, Plaintiffs and Co-Defendant, Enterprise conducted a preliminary deposition of the District of Columbia's 30(b)(6) witness today.

Now that a preliminary deposition of the District of Columbia's 30(b)(6) is accomplished, the parties believe that they will benefit from early mediation in this matter.  Accordingly, the parties request this Honorable Court to grant the parties leave to stay discovery in this matter for sixty (60) days, to appoint a Special Magistrate to serve as a mediator among the parties and to schedule this matter for mediation in late August or any other date more convenient for the Court.

Respectfully submitted,

**BOND LAW FIRM, PLLC**

/s/   Johnnie D. Bond, Jr.
Johnnie D. Bond, Jr., Esquire #485488
1424 K Street, NW, Suite 660
Washington, DC 20005
Phone: 202-328-1354
Fax: 202-318-4528
Counsel for Plaintiffs

/S/   Robert G. McGinley
Robert G. McGinley, Esquire #415242
4601 Forbes Boulevard, Suite 200
Lanham, MD 20706
301-731-4601
Counsel for Defendant

Enterprise Leasing Company


Linda Singer
Acting Attorney General for the District of Columbia
George C. Valentine
Deputy Attorney General, D.C. Civil Litigation Division

/S/   Patricia A, Jones
Patricia A. Jones, Esquire #428132
Chief, General Litigation Section IV Civil Litigation Division

/S/   George E. Rickman
George E. Rickman, Esquire #433298
Assistant Attorney General, District of Columbia General Litigation Section IV
Civil Litigation Division
441 Fourth Street, Sixth Floor North
Washington, D.C.   20001
(202) 442-9840
Counsel for the District of Columbia
and Officers Dale Vernick and Thomas Caddell

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing was sent electronically this 18th day of July 2007, to:

Robert G. McGinley, Esquire #415242
4601 Forbes Boulevard, Suite 200
Lanham, MD 20706
301-731-4601
Counsel for Defendant
Enterprise Leasing Company

George E. Rickman, Esq.
Patricia A. Jones, Esq.
George C. Valentine, Esq.
Linda Singer, Esq.
441 Fourth Street, Sixth Floor North Washington, D.C.   20001
Counsel for The District of Columbia and Officers Dale Vernick and Thomas Caddell

/S/   Johnnie D. Bond, Jr., Esquire