UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
DOUGLAS ROESER,                     )
                                    )
          Plaintiff,                )
                                    )
     v.                             )   Civil Action No. 06-1579 (PLF)
                                    )
ENTERPRISE LEASING CO., et al.,     )
                                    )
          Defendants.               )
_____)

ORDER OF REFERRAL

The parties filed a joint status report with the Court on July 18, 2007, in which they indicated that the case would benefit from settlement discussions with a magistrate judge. The same was indicated in their joint report under Local Civil Rule 16.3. Accordingly, it is hereby

ORDERED that this matter is referred to Magistrate Judge Facciola for settlement discussions, beginning immediately; discussions shall conclude on or before September 19, 2007. The parties will contact Magistrate Judge Facciola's chambers to schedule a settlement conference. Discovery is stayed for the next 60 days.

SO ORDERED.

_____/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE: July 20, 2007