UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DOUGLAS ROESER, et. al.,** | ) |
| | ) |
|       **Plaintiffs,** | ) |
| | ) |
|     v. | )    06-1579 PLF |
| | ) |
| **DISTRICT OF COLUMBIA, et al.,** | ) |
| | ) |
|       **Defendant.** | ) |
| _____ | ) |

### ENTRY OF APPEARANCE

The Clerk of Court will please enter the appearance of Phillip A. Lattimore, III, as counsel for the District of Columbia and officer Dale Vernick.

                Respectfully submitted,

                LINDA SINGER
                Attorney General for the District of Columbia

                GEORGE C. VALENTINE
                Deputy Attorney General
                Civil Litigation Division

                */s/ Phillip A. Lattimore, III*
                PHILLIP A. LATTIMORE, III [422968]
                Section Chief
                General Litigation Section III
                Office of Attorney General
                Civil Litigation Division
                441 4th Street, N.W., 6S065
                Washington, D.C.  20001
                (202) 442-9874
                Phillip.lattimore@dc.gov