IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DOUGLAS ROESER, et al.** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| v. ) | Case No: 1:06-cv-01579-PLF |
| ) | Judge Paul L. Friedman |
| **ENTERPRISE LEASING COMPANY, et al.** ) | Next Event:  TBD |
| ) | |
| **Defendants.** ) | |
| ) | |

## JOINT STATUS REPORT

Come now, Plaintiffs Douglas and Sean Roeser, by and through undersigned counsel, and submit this Status Report to this Honorable Court and advise as follows:

### I.  Background

This tort action arises out of a police stop that occurred on September 11, 2005. The Plaintiff, Douglas Roeser and his son Sean Roeser, were the respective driver and passenger of a rental vehicle owned by Defendant, Enterprise Leasing Company ("Enterprise"). The vehicle had been previously reported stolen by Enterprise, recovered and re-rented. There was a dispute between the Defendant, The District of Columbia ("The District") and Defendant Enterprise as to whether or not The District had been notified that the vehicle had been recovered prior to the occurrence. Plaintiffs allege various civil rights violations and intentional torts against The District and the officers involved (Defendants Dale Vernick and Thomas Caddell) including excessive force, assault and battery and intentional infliction of emotional distress. Plaintiffs also allege various acts of negligence against Defendant Enterprise and seek compensatory and punitive damages against both Defendants. Co-Defendants have Cross-Claimed each other for indemnification

and contribution. All Defendants deny all wrongdoing or that any action taken was otherwise unreasonable, unconstitutional or illegal.

## II. Current Status

The parties have reached a settlement as to all claims and all parties. Plaintiffs have executed Defendant Enterprise's Release and Defendant Enterprise has delivered their share of the settlement amount to Plaintiffs. However, Defendants District, Vernick, and Caddell have neither submitted a draft settlement agreement nor tendered their share of the settlement amount to Plaintiffs. As a result, the parties have not filed a Stipulation of Dismissal in this matter and will likely not do so until Defendants District, Vernick and Caddell have completed their obligations under the Parties' agreed terms of settlement.

Respectfully submitted,

**BOND LAW FIRM, PLLC**

/s/   Johnnie D. Bond, Jr.
Johnnie D. Bond, Jr., Esquire #485488
1424 K Street, NW, Suite 660
Washington, DC 20005
Phone: 202-328-1354
Fax: 202-318-4528
Counsel for Plaintiffs

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a copy of the foregoing was sent electronically this 21st day of November 2007, to:

Robert G. McGinley, Esquire #415242
4601 Forbes Boulevard, Suite 200
Lanham, MD 20706
301-731-4601
Counsel for Defendant
Enterprise Leasing Company

Phillip A. Lattimore, III, Esq.
Patricia A. Jones, Esq.
George C. Valentine, Esq.
Linda Singer, Esq.
441 Fourth Street, Sixth Floor North Washington, D.C.   20001
Counsel for The District of Columbia and Officers Dale Vernick and Thomas Caddell

/S/   Johnnie D. Bond, Jr., Esquire