IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DOUGLAS ROESER, et. al.,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| v. ) | 06-1579 PLF |
| ) | |
| **DISTRICT OF COLUMBIA, et al.,** ) | |
| ) | |
| **Defendant.** ) | |
| _____) | |

## JOINT STATUS REPORT

Attorneys for the District of Columbia and Plaintiffs have exchanged settlement paperwork, and the Government has prepared the order directing the Office of the Chief Financial Officer (OCFO) to disburse settlement monies to Plaintiffs. A copy of the order has been mailed to counsel for plaintiffs. After receiving these materials, OCFO determined that it needed a w-9 form for Plaintiffs' counsel. Plaintiffs' counsel was notified of this request. Accordingly, the District is now waiting for counsel for Plaintiffs to forward an original w-9 form for the law firm. It generally takes two to four weeks for the OCFO to disburse funds once all paperwork is received from OAG.

//

//

Dated this 22nd day of January, 2008.

>Respectfully submitted,
>
>PETER NICKLES
>Interim Attorney General for
>the District of Columbia
>
>GEORGE C. VALENTINE
>Deputy Attorney General
>Civil Litigation Division
>
>*/s/ Phillip A. Lattimore, III*
>PHILLIP A. LATTIMORE, III [422968]
>Section Chief
>General Litigation Section III
>Office of Attorney General
>Civil Litigation Division
>441 4th Street, N.W., 6S065
>Washington, D.C. 20001
>(202) 442-9874
>Phillip.lattimore@dc.gov
>
>
>*/s/ Johnnie D. Bond, Jr.*
>Johnnie D. Bond, Jr.
>Bond Law
>1424 K Street, N.W.
>Suite 660
>Washington DC 20005
>(202) 328-1354
>jbond@bondpllc.com

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Joint Status Report was sent on this 22nd day of January, 2008, by electronic service to the following:

Johnnie D. Bond, Jr.
BOND LAW FIRM, PLLC
1424 K Street, NW
Suite 660
Washington, DC 20005

Robert Gerard McGinley
LAW OFFICES OF ROBERT G. McGINLEY, P.C.
4601 Forbes Boulevard
Suite 200
Lanham, MD 20706

*/s/ Phillip A. Lattimore, III*
PHILLIP A. LATTIMORE, III
Section Chief, General Litigation Section III
Office of Attorney General