UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

DOUGLAS ROESER,                          )
                                         )
            Plaintiff,                   )
                                         )
      v.                                 )        Civil Action No. 06-1579 (PLF)
                                         )
ENTERPRISE LEASING CO., et al.,          )
                                         )
            Defendants.                  )
_____  )

ORDER

        On January 22, 2008, the parties filed a joint status report informing the Court that they had exchanged settlement paperwork and were waiting only for the paperwork to be processed and the payment disbursed.  Accordingly, it is hereby

        ORDERED that this case is DISMISSED.  The dismissal shall be without prejudice for a period of 45 days from the date of this Order.  If settlement is not consummated within that 45-day period, the parties may reopen the action upon motion approved by the Court. Should counsel fail to move to reopen the case within the prescribed period, the matter shall, without further order, stand dismissed with prejudice.

        SO ORDERED.


_____/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE:  January 24, 2008